**LOCAL RULE 81(a)(3)(A) INDEX OF DOCUMENTS FILED
AND/OR SERVED IN THE STATE COURT ACTION**

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE
Index No. 806187/2021

Caption: ERIE COUNTY MEDICAL CENTER CORPORATION, et al., v. TEVA PHARMACEUTICALS USA, INC., et al.

  **WHEREFORE**, pursuant to Local Rule 81(a)(3)(A), the undersigned counsel for Defendants have attached the following documents to their Notice for Removal:

  **Exhibit A:** Complaint

  **Exhibit B:** Summons

  **Exhibit C:** All Other State Court Filings