# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY                  Index No. 806187/2021
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                    Plaintiffs,


        v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ): ss:
COUNTY OF ERIE          )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.    On the 17th day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

CT Corporation
28 Liberty Street, Floor 42
New York, New York 10005

2

Case 1:21-cv-00826 Document 1-4 Filed 07/19/21 Page 4 of 152

by Overnight Mail/Federal Express upon the designated agent, CT Corporation (on behalf of Abbott Laboratories; Allergan Sales, LLC; AmerisourceBergen Drug Corp.; Wal-Mart, Inc.; Wal-Mart Stores East, LP; CVS Orlando FL Distribution, LLC; CVS PA Distribution, LLC; CVS RX Services, Inc.; CVS Albany, LLC; Rite Aid of New York, Inc.; and Rite Aid of Maryland, Inc. and accepted on June 17, 2021.

_____
Elizabeth M. Sanchez

Sworn to before me this
22nd day of June, 2021.

_____
Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 20__

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:       TrackingUpdates@fedex.com
To:         Sanchez, Elizabeth M.
Subject:    FedEx Shipment 774028479410: Your packages have been delivered
Date:       Friday, June 18, 2021 2:25:47 PM



# Hi. All of your packages were delivered.

Delivered Fri, 06/18/2021 at 1:51pm to 28 LIBERTY ST, NEW YORK, NY 10005

OBTAIN PROOF OF DELIVERY

| TRACKING ID | STATUS |
|---|---|
| 774028479682 | Delivered |
| 774028479215 | Delivered |
| 774028479410 | Delivered |

MASTER TRACKING NUMBER    774028479410

FROM    Rupp, Baase, Pfalzgraf
        424 Main Street
        Suite 1600
        Buffalo, NY, US, 14202

TO      CT Corporation
        CT Corporation
        28 Liberty Street, Floor 42

NEW YORK, NY, US, 10005

| | |
|---|---|
| REFERENCE | 3400.22576 |
| SHIPPER REFERENCE | 3400.22576 |
| SHIP DATE | Thu 6/17/2021 06:33 PM |
| PACKAGING TYPE | FedEx Box |
| ORIGIN | Buffalo, NY, US, 14202 |
| DESTINATION | NEW YORK, NY, US, 10005 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 3 |
| TOTAL SHIPMENT WEIGHT | 45.00 LB |
| SERVICE TYPE | FedEx Standard Overnight |

# Download the
# FedEx® Mobile app

Get the flexibility you need to create
shipments and request to customize
your deliveries through the app.

LEARN MORE

FOLLOW FEDEX

Please do not respond to this message. This email was sent from an unattended mailbox.

This report was generated at approximately 1:25 PM CDT 06/18/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

FedEx

June 21, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774028479215

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 28 LIBERTY ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW YORK, NY, 10005 |
| | | Delivery date: | Jun 18, 2021 13:51 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774028479215 | Ship Date: | Jun 17, 2021 |
| | | Weight: | 15.0 LB/6.81 KG |

Recipient:
CT Corporation, CT Corporation
28 Liberty Street, Floor 42
NEW YORK, NY, US, 10005

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.



June 21, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774028479682

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 28 LIBERTY ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW YORK, NY, 10005 |
| | | Delivery date: | Jun 18, 2021 13:51 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774028479682 | Ship Date: | Jun 17, 2021 |
| | | Weight: | 15.0 LB/6.81 KG |

Recipient:
CT Corporation, CT Corporation
28 Liberty Street, Floor 42
NEW YORK, NY, US, 10005

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                    3400.22576

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.



June 21, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774028479410

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 28 LIBERTY ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW YORK, NY, 10005 |
| | | Delivery date: | Jun 18, 2021 13:51 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774028479410 | Ship Data: | Jun 17, 2021 |
| | | Weight: | 15.0 LB/6.81 KG |

Recipient:
CT Corporation, CT Corporation
28 Liberty Street, Floor 42
NEW YORK, NY, US, 10005

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                 3400.22576

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

        Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                                    Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ): ss:
COUNTY OF ERIE         )

    Elizabeth M. Sanchez, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

    2.    On the 21st day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                    The Corporation Trust Company
                    1209 N. Orange Street
                    Wilmington, DE 19801

                                    2

by Overnight Mail/Federal Express upon the designated agent, The Corporation Trust
Company (on behalf of Allscripts Healthcare Solutions, Inc., Amneal
Pharmaceuticals, LLC,Endo Health Solutions, Inc.,Endo Pharmaceuticals,
Inc.,Noramco, Inc.,Par Pharmaceutical Companies, Inc.,Par Pharmaceutical,
Inc.,Practice Fusion, Inc.,H.D. Smith, LLC. And CVS Pharmacy, Inc.) and accepted
on June 22, 2021.

_____

Elizabeth M. Sanchez

Sworn to before me this
22nd day of June, 2021

_____

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2021

3

FedEx Ship Manager - Print Your Label(s)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:           TrackingUpdates@fedex.com
Sent:           Tuesday, June 22, 2021 11:41 AM
To:             Sanchez, Elizabeth M.
Subject:        FedEx MPS Shipment 774056584283 Delivered

This tracking update has been requested by:

Company Name:      Rupp, Baase, Pfalzgraf
Name:              Marco Cercone, Esq.
E-mail:

Reference:                    3400.22576
Ship date:                    Jun 21, 2021
Signed for by:                N.BANKS
Delivery location:            WILMINGTON, DE
Delivered to:                 Mailroom
Delivery date:                Tue, 6/22/2021 11:06 am
Service type:                 FedEx Standard Overnight®
Packaging type:               FedEx® Box
Number of pieces:             3
Total shipment weight:        60.00 lb.
Special handling/Services     Deliver Weekday

Master tracking number:      774056584283 (1 of 3)
Weight:              20.00 lb.

Tracking number:      774056584526 (2 of 3)
Weight:              20.00 lb.

Tracking number:      774056585132 (3 of 3)
Weight:              20.00 lb.

Shipper Information              Recipient Information
Marco Cercone, Esq.              The Corporation Trust Company
Rupp, Baase, Pfalzgraf           The Corporation Trust Company
424 Main Street                  1209 N. Orange Street
Suite 1600                       WILMINGTON
Buffalo                          DE
NY                               US
US                               19801

1

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:40 AM CDT on 06/22/2021.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://nam10.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.fedex.com%2Fapps%2Ffedextrack%2F%3F action%3Dtrack%26tracknumbers%3D774056584283%26language%3Den%26opco%3DFX%26clientype%3Divother&am p;data=04%7C01%7Csanchez%40ruppbaase.com%7Cba0edefd0cb0464df01508d935941e86%7C2e988012191e488884e b33795fffeb4f%7C0%7C0%7C637599732546220853%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV 2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=mCtbxgmWRutn%2B%2F5r%2BMIbrn3TDQ1LLZcpSc4 CJpeEa60%3D&amp;reserved=0

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

Fed

June 22, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774056584283

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | T. BANKS | Delivery Location: | 1209 N ORANGE ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | WILMINGTON, DE, 19801 |
| | | Delivery date: | Jun 22, 2021 11:06 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774056584283 | Ship Date: | Jun 21, 2021 |
| | | Weight: | 20.0 LB/9.08 KG |

Recipient:
The Corporation Trust Company, The Corporation Trust Company
1209 N. Orange Street
WILMINGTON, DE, US, 19801

Shipper:
Marco Cercone, Esq., Rupp, Base, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576

Fed

June 22, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774056584526

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | N.BANKS | Delivery Location: | 1209 N ORANGE ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | WILMINGTON, DE, 19801 |
| | | Delivery date: | Jun 22, 2021 11:06 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774056584526 | Ship Date: | Jun 21, 2021 |
| | | Weight: | 20.0 LB/9.08 KG |

Recipient:
The Corporation Trust Company, The Corporation Trust Company
1209 N. Orange Street
WILMINGTON, DE, US, 19801

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576

**Fed**

June 22, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774056585132

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Mailroom |
| Signed for by: | N.BANKS | Delivery Location: | 1209 N ORANGE ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | WILMINGTON, DE, 19801 |
| | | Delivery date: | Jun 22, 2021 11:06 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774056585132 | Ship Date: | Jun 21, 2021 |
| | | Weight: | 20.0 LB/9.08 KG |

Recipient:
The Corporation Trust Company, The Corporation Trust Company
1209 N. Orange Street
WILMINGTON, DE, US, 19801

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

Index No. 806187/2021

                Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                              Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ): ss:
COUNTY OF ERIE           )

        Elizabeth M. Sanchez, being duly sworn, deposes and says:

        1.      I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

        2.      On the 21st day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                Corporate Creations Network, Inc.
                3411 Silverside Road
                Tatnall Building, Suite 104
                Wilmington, DE 19810-4809
                              2

by Overnight Mail/Federal Express upon the designated agent, Corporate Creations Network, Inc. (on behalf of Actavis LLC and Teva Pharmaceuticals USA, Inc.), and accepted on June 22, 2021.

Elizabeth M. Sanchez

Sworn to before me this
22nd day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2024

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| From: | TrackingUpdates@fedex.com |
| Sent: | Tuesday, June 22, 2021 11:13 AM |
| To: | Sanchez, Elizabeth M. |
| Subject: | FedEx Shipment 774051969157: Your package has been delivered |



# Hi. Your package was delivered Tue, 06/22/2021 at 11:10am.

Delivered to 3411 SILVERSIDE RD, WILMINGTON, DE 19810
Received by S.KEN

OBTAIN PROOF OF DELIVERY

| TRACKING NUMBER |  |
| FROM | Rupp, Baase, Pfalzgraf |
| | 424 Main Street |
| | Suite 1600 |
| | Buffalo, NY, US, 14202 |
| TO | Corporate Creations Network, Inc. |
| | 3411 Silverside Road |

1

Tatnall Building, Suite 104

WILMINGTON, DE, US, 19810

| | |
|---|---|
| REFERENCE | 3400.22576 |
| SHIPPER REFERENCE | 3400.22576 |
| SHIP DATE | Mon 6/21/2021 06:00 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Box |
| ORIGIN | Buffalo, NY, US, 14202 |
| DESTINATION | WILMINGTON, DE, US, 19810 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 7.00 LB |
| SERVICE TYPE | FedEx Standard Overnight |



## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

FOLLOW FEDEX

2

f   🔕   in   𝓟   ✉   ☌

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:13 AM CDT 06/22/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

**Fed**

June 22, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774051969157

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | S.KEN | Delivery Location: | 3411 SILVERSIDE RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | WILMINGTON, DE, 19810 |
| | | Delivery date: | Jun 22, 2021 11:10 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 774051969157 | Ship Date: | Jun 21, 2021 |
| | | Weight: | 7.0 LB/3.18 KG |

Recipient:
Corporate Creations Network, Inc.,
3411 Silverside Road
Tatnall Building, Suite 104
WILMINGTON, DE, US, 19810

Shipper:
Marco Cercone, Esq., Rupp, Basse, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference          3400.22576



Thank you for choosing FedEx

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

               Plaintiffs,

Index No. 806187/2021

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): ss:
COUNTY OF ERIE       )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.    On the 23rd day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

Corporate Creations Network, Inc.
15 North Mill Street
Nyack, New York 10960

2

by Overnight Mail/Federal Express upon the designated agent, Corporate Creations Network, Inc. (on behalf of Actavis Pharma, Inc. and Anda, Inc.). and accepted on June 24, 2021.

Elizabeth M. Sanchez

Sworn to before me this
25th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 20__

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**

June 25, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774066735090

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 15 N MILL ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NYACK, NY, 10960 |
| | | Delivery date: | Jun 24, 2021 14:34 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774066735090 | Ship Date: | Jun 23, 2021 |
| | | Weight: | 7.0 LB/3.18 KG |

Recipient:
Corporate Creations Network, Inc.,
15 North Mill St.
NYACK, NY, US, 10960

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

Detailed Tracking



TRACK ANOTHER SHIPMENT

774065735090

ADD NICKNAME

# Delivered
# Thursday, June 24, 2021 at 2:34 pm



DELIVERED
Signature release on file

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|------|-----|
| Rupp, Baase, Pfalzgraf | Corporate Creations Network, Inc. |
| Marco Cercone, Esq. | |
| 424 Main Street | 15 North Mill St. |
| Suite 1600 | NYACK, NY US 10960 |
| Buffalo, NY US 14202 | 716-854-3400 |
| 716-854-3400 | |

## Travel History

TIME ZONE
Local Scan Time



**Thursday, June 24, 2021**

| 2:34 PM | NYACK, NY | Delivered |
| | | Package delivered to recipient address - release authorized |
| 8:26 AM | MAHWAH, NJ | On FedEx vehicle for delivery |
| 8:15 AM | MAHWAH, NJ | At local FedEx facility |
| 3:40 AM | NEWARK, NJ | Departed FedEx location |
| 12:06 AM | NEWARK, NJ | Arrived at FedEx location |

**Wednesday, June 23, 2021**

| 4:37 PM | CHEEKTOWAGA, NY | Picked up |

6/25/2021
Detailed Tracking

Tuesday, June 22, 2021

11:48 AM                                        Shipment information sent to FedEx

## Shipment Facts

**TRACKING NUMBER**
774065735090

**SERVICE**
FedEx Standard Overnight

**WEIGHT**
7 lbs / 3.18 kgs

**DIMENSIONS**
18x13x3 in.

**DELIVERY ATTEMPTS**
1

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
7 lbs / 3.18 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
3400.22576

**PACKAGING**
FedEx Box

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
6/23/21 ⓘ

**STANDARD TRANSIT**
6/24/21 by 4:30 pm ⓘ

**ACTUAL DELIVERY**
6/24/21 at 2:34 pm

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 41 of 152

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

          Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                                    Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ): ss:
COUNTY OF ERIE           )

        Elizabeth M. Sanchez, being duly sworn, deposes and says:

        1.      I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

        2.      On the 23rd day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                        CT Corporation System
                        701 S. Carson Street, Suite 200
                        Carson City, Nevada 89701

                                    2

by Overnight Mail/Federal Express upon the designated agent, CT Corporation (on behalf of
Allergan Finance, LLC and Allergan USA, Inc.) and accepted on June 24, 2021.

Elizabeth M. Sanchez

Sworn to before me this
25th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2021

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| From: | TrackingUpdates@fedex.com |
|---|---|
| Sent: | Thursday, June 24, 2021 12:46 PM |
| To: | Sanchez, Elizabeth M. |
| Subject: | FedEx Shipment 774065805837: Your package has been delivered |



# Hi. Your package was delivered Thu, 06/24/2021 at 9:45am.



Delivered to 701 S CARSON ST 200, CARSON CITY, NV 89701
Received by M.NAKI

OBTAIN PROOF OF DELIVERY

| TRACKING NUMBER | 774065805837 |
|---|---|
| FROM | Rupp, Baase, Pfalzgraf |
| | 424 Main Street |
| | Suite 1600 |
| | Buffalo, NY, US, 14202 |

i

| | |
|---|---|
| TO | CT Corporation System |
| | 701 S. Carson Street |
| | Suite 200 |
| | CARSON CITY, NV, US, 89701 |
| REFERENCE | 3400.22576 |
| SHIPPER REFERENCE | 3400.22576 |
| SHIP DATE | Wed 6/23/2021 04:37 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Box |
| ORIGIN | Buffalo, NY, US, 14202 |
| DESTINATION | CARSON CITY, NV, US, 89701 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 8.00 LB |
| SERVICE TYPE | FedEx Standard Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

FOLLOW FEDEX



⌨ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:46 AM CDT 06/24/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.



June 25, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774065805837

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.NAKI | Delivery Location: | 701 S CARSON ST 200 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | CARSON CITY, NV, 89701 |
| | | Delivery data: | Jun 24, 2021 09:45 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774065805837 | Ship Date: | Jun 23, 2021 |
| | | Weight: | 8.0 LB/3.63 KG |

Recipient:
CT Corporation System,
701 S. Carson Street
Suite 200
CARSON CITY, NV, US, 89701

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576



Thank you for choosing FedEx

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                   Plaintiffs,

     v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                              Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): ss:
COUNTY OF ERIE       )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.      On the 23rd day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                    CT Corporation System
                    208 S. LaSalle Street, Suite 814
                    Chicago, Illinois 60604

                              2

by Overnight Mail/Federal Express upon the designated agent, CT Corporation (on behalf of Abbott Laboratories, Inc.) and accepted on June 24, 2021.

Elizabeth M. Sanchez

Sworn to before me this
25th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 9031

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx

June 25, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774085616221

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 208 S LA SALLE 1700 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | CHICAGO, IL. 60604 |
| | | Delivery date: | Jun 24, 2021 11:31 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774085616221 | Ship Date: | Jun 23, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
CT Corporation System,
208 S. LaSalle St
Suite 814
CHICAGO, IL, US, 60604

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22578

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

Case 1:21-cv-00826 Document 1-4 Filed 07/19/21 Page 54 of 152

**Sanchez, Elizabeth M.**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, June 24, 2021 12:33 PM |
| **To:** | Sanchez, Elizabeth M. |
| **Subject:** | FedEx Shipment 774065616221: Your package has been delivered |



# Hi. Your package was delivered Thu, 06/24/2021 at 11:31am.



Delivered to 208 S LA SALLE 1700, CHICAGO, IL 60604

OBTAIN PROOF OF DELIVERY

TRACKING NUMBER        774065616221

FROM        Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

TO        CT Corporation System
208 S. LaSalle St

i

|  | Suite 814 |
|---|---|
|  | CHICAGO, IL, US, 60604 |
| REFERENCE | 3400.22576 |
| SHIPPER REFERENCE | 3400.22576 |
| SHIP DATE | Wed 6/23/2021 04:37 PM |
| PACKAGING TYPE | FedEx Pak |
| ORIGIN | Buffalo, NY, US, 14202 |
| DESTINATION | CHICAGO, IL, US, 60604 |
| SPECIAL HANDLING | Deliver Weekday |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 4.00 LB |
| SERVICE TYPE | FedEx Standard Overnight |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

FOLLOW FEDEX



[⚠] Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:32 AM CDT 06/24/2021.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

## SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

        Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

Case 1:21-cv-00826 Document 1-4 Filed 07/19/21 Page 58 of 152

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                              Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ): ss:
COUNTY OF ERIE         )

      Elizabeth M. Sanchez, being duly sworn, deposes and says:

      1.      I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

      2.      On the 23rd day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                  Corporate Creations Network, Inc.
                  600 Mamaroneck Avenue
                  Suite 400
                  Harrison, New York  10528
                     2

by Overnight Mail/Federal Express upon the designated agent, Corporate Creations Network, Inc. (on behalf of Cephalon, Inc.), and accepted on June 24, 2021.

Elizabeth M. Sanchez

Sworn to before me this
25th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
Commission Expires Nov. 22, 2021

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx

June 25, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774066649223

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | 600 MAMARONECK AVE 400 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | HARRISON, NY, 10528 |
| | | Delivery date: | Jun 24, 2021 15:18 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774066649223 | Ship Date: | Jun 23, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

| Recipient: | Shipper: |
|---|---|
| Corporate Creations Network, Inc., | Marco Cercone, Esq., Rupp, Baase, Pfalzgraf |
| 600 Mamaroneck Ave | 424 Main Street |
| Suite 400 | Suite 1600 |
| HARRISON, NY, US, 10528 | Buffalo, NY, US, 14202 |

| Reference | 3400.22576 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

**FILED: ERIE COUNTY CLERK 06/25/2021 03:05 PM**
NYSCEF DOC. NO. 7        Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 62 of 152
6/25/2021

INDEX NO. 806187/2021
RECEIVED NYSCEF: 06/25/2021

Detailed Tracking

**FedEx**

TRACK ANOTHER SHIPMENT

774065649223

ADD NICKNAME



# Delivered

## Thursday, June 24, 2021 at 3:18 pm



**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | Corporate Creations Network, Inc. |
| Marco Cercone, Esq. | |
| 424 Main Street | 600 Mamaroneck Ave |
| Suite 1600 | Suite 400 |
| Buffalo, NY US 14202 | HARRISON, NY US 10528 |
| 716-854-3400 | 716-854-3400 |

## Travel History

**TIME ZONE**
Local Scan Time

Thursday, June 24, 2021

| 3:18 PM | HARRISON, NY | Delivered |
| | | Package delivered to recipient address - release authorized |
| 8:49 AM | ELMSFORD, NY | On FedEx vehicle for delivery |
| 8:24 AM | ELMSFORD, NY | At local FedEx facility |
| 4:11 AM | NEWARK, NJ | Departed FedEx location |
| 12:06 AM | NEWARK, NJ | Arrived at FedEx location |

Wednesday, June 23, 2021

| 4:37 PM | CHEEKTOWAGA, NY | Picked up |

Detailed Tracking

Tuesday, June 22, 2021

11:43 AM                          Shipment information sent to FedEx

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 774065649223 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Residence | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 4 lbs / 1.81 kgs | Shipper | 3400 22576 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Pak | Deliver Weekday, Residential Delivery | 6/23/21 ⓘ |

| STANDARD TRANSIT | ACTUAL DELIVERY | |
|---|---|---|
| 6/24/21 by 4:30 pm ⓘ | 6/24/21 at 3:18 pm | |

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 64 of 152

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

| | |
|---|---|
| ERIE COUNTY MEDICAL CENTER CORPORATION; CATHOLIC HEALTH SYSTEM, INC.; SISTERS OF CHARITY HOSPITAL OF BUFFALO, NEW YORK; MERCY HOSPITAL OF BUFFALO; KENMORE MERCY HOSPITAL; MOUNT ST. MARY'S HOSPITAL OF NIAGARA FALLS; ELLIS HOSPITAL FOUNDATION, INC.; KALEIDA HEALTH; OLEAN GENERAL HOSPITAL; NIAGARA FALLS MEMORIAL MEDICAL CENTER; and ST. LUKE'S CORNWALL HOSPITAL, | Index No. 806187/2021 |

Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): ss:
COUNTY OF ERIE       )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.    On the 25 day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

CT Corporation System
300 Montvue Rd
Knoxville, TN 37919

2

by Overnight Mail/Federal Express upon the designated agent, CT Corporation System (on behalf of CVS TN Distribution, LLC.) and accepted on June 28, 2021.

Elizabeth M. Sanchez

Sworn to before me this
28th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2021

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**

June 28, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774102639595

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | S.PEAK | Delivery Location: | 300 MONTVUE RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | KNOXVILLE, TN, 37919 |
| | | Delivery date: | Jun 28, 2021 11:36 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774102639595 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
CT Corporation System,
300 Montvue Rd
KNOXVILLE, TN, US, 37919

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference          3400.22676



Thank you for choosing FedEx



TRACK ANOTHER SHIPMENT

774102639595

ADD NICKNAME

# Delivered

## Monday, June 28, 2021 at 11:36 am



**DELIVERED**

Signed for by: S.PEAK



GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | CT Corporation System |
| Marco Cercone, Esq. | |
| 424 Main Street | 800 Montvue Rd |
| Suite 1600 | KNOXVILLE, TN US 37919 |
| Buffalo, NY US 14202 | 716-854-3400 |
| 716-854-3400 | |

## Travel History

TIME ZONE
Local Scan Time

**Monday, June 28, 2021**

| 11:36 AM | KNOXVILLE, TN | Delivered |
| 7:54 AM | KNOXVILLE, TN | On FedEx vehicle for delivery |
| 7:06 AM | KNOXVILLE, TN | At local FedEx facility |

**Saturday, June 26, 2021**

| 6:24 AM | LOUISVILLE, TN | At destination sort facility |

| 4:21 AM | MEMPHIS, TN | Departed FedEx location |
|---|---|---|

Friday, June 25, 2021

| 4:49 PM | CHEEKTOWAGA, NY | Picked up |
|---|---|---|
| 11:40 AM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 774102639595 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 4 lbs / 1.81 kgs | Shipper | 3400.22576 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Pak | Deliver Weekday | 6/25/21 |

| STANDARD TRANSIT | ACTUAL DELIVERY |
|---|---|
| 6/28/21 by 4:30 pm | 6/28/21 at 11:36 am |

Case 1:21-cv-00826 Document 1-4 Filed 07/19/21 Page 71 of 152

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

|  |  |
|---|---|
| ERIE COUNTY MEDICAL CENTER CORPORATION; CATHOLIC HEALTH SYSTEM, INC.; SISTERS OF CHARITY HOSPITAL OF BUFFALO, NEW YORK; MERCY HOSPITAL OF BUFFALO; KENMORE MERCY HOSPITAL; MOUNT ST. MARY'S HOSPITAL OF NIAGARA FALLS; ELLIS HOSPITAL FOUNDATION, INC.; KALEIDA HEALTH; OLEAN GENERAL HOSPITAL; NIAGARA FALLS MEMORIAL MEDICAL CENTER; and ST. LUKE'S CORNWALL HOSPITAL, | Index No. 806187/2021 |

Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                               Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ): ss:
COUNTY OF ERIE       )

        Elizabeth M. Sanchez, being duly sworn, deposes and says:

        1.     I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

        2.     On the 25 day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                CT Corporation System
                1200 South Pine Island Rd.
                Plantation, FL, 33324

2

by Overnight Mail/Federal Express upon the designated agent, CT Corporation System(on behalf of CVS Vero FL Distribution, LLC.) and accepted on June 28, 2021.

Elizabeth M. Sanchez

Sworn to before me this
28th day of June, 2021

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2024

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



June 28, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774102691902

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.MONICA | Delivery Location: | 1200 S PINE ISLAND RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | PLANTATION, FL, 33324 |
| | | Delivery date: | Jun 28, 2021 08:43 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774102691902 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
CT Corporation System,
1200 South Pine Island Rd
PLANTATION, FL, US, 33324

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference          3400.22576



Thank you for choosing FedEx

5 of 7

FILED: ERIE COUNTY CLERK 06/28/2021 03:48 PM
NYSCEF DOC. NO. 9    Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 76 of 152
6/28/2021                                                                RECEIVED NYSCEF: 06/28/2021

INDEX NO. 806187/2021

Detailed Tracking



TRACK ANOTHER SHIPMENT

774102691902    ☆ 🗒 ⑦

ADD NICKNAME

# Delivered

## Monday, June 28, 2021 at 8:43 am



DELIVERED

Signed for by: M.MONICA



GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | CT Corporation System |
| Marco Cercone, Esq. | 1200 South Pine Island Rd |
| 424 Main Street | PLANTATION, FL US 33324 |
| Suite 1600 | 716-854-3400 |
| Buffalo, NY US 14202 | |
| 716-854-3400 | |

## Travel History

TIME ZONE
Local Scan Time                                                                                    ⌄

Monday, June 28, 2021

| 8:43 AM | PLANTATION, FL | Delivered |
| 7:23 AM | FORT LAUDERDALE, FL | On FedEx vehicle for delivery |
| 6:42 AM | FORT LAUDERDALE, FL | At local FedEx facility |

Saturday, June 26, 2021

| 8:35 AM | FORT LAUDERDALE, FL | At local FedEx facility |

FILED: ERIE COUNTY CLERK 06/28/2021 03:48 PM
INDEX NO. 806187/2021
NYSCEF DOC. NO. 9   Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 77 of 152
RECEIVED NYSCEF: 06/28/2021
6/28/2021
Detailed Tracking

| 8:30 AM | FORT LAUDERDALE, FL | At local FedEx facility<br>Package not due for delivery |
| 6:43 AM | FORT LAUDERDALE, FL | At destination sort facility |
| 3:46 AM | MEMPHIS, TN | Departed FedEx location |

**Friday, June 25, 2021**

| 11:22 PM | MEMPHIS, TN | Arrived at FedEx location |
| 4:49 PM | CHEEKTOWAGA, NY | Picked up |
| 11:43 AM | | Shipment information sent to FedEx |

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 774102691902 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Receptionist/Front Desk | 1 |

| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 4 lbs / 1.81 kgs | Shipper | 3400.22576 |

| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
| FedEx Pak | Deliver Weekday | 6/25/21 ⑦ |

| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 6/28/21 by 4:30 pm ⑦ | 6/28/21 at 8:43 am | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                    Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                              Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): ss:
COUNTY OF ERIE       )

    Elizabeth M. Sanchez, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and am employed with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

    2.    On the 25 day of June, 2021, I served a copy of the Notification of Electronic Filing and the filed Summons and Complaint on the following:

        Corporation Service Company
        80 State St.
        Albany, NY 12207

2

Case 1:21-cv-00826 Document 1-4 Filed 07/19/21 Page 80 of 152

by Overnight Mail/Federal Express upon the designated agent, Corporation Service Company (on behalf of Henry Schein, Inc. and Walgreen Co.) and accepted on June 28, 2021.

Elizabeth M. Sanchez

Sworn to before me this
28th day of June, 2021

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 20, 2021

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**

June 28, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774089391498

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.GARKNER | Delivery Location: | 80 STATE ST |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | ALBANY, NY, 12207 |
| | | Delivery date: | Jun 25, 2021 09:44 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774089391498 | Ship Date: | Jun 24, 2021 |
| | | Weight: | 8.0 LB/3.63 KG |

Recipient:
Corporation Service Company,
80 State St,
ALBANY, NY, US, 12207

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference          3400.22576



Thank you for choosing FedEx.



TRACK ANOTHER SHIPMENT

774089391498

ADD NICKNAME

☆  📋  ⑦

# Delivered

# Friday, June 25, 2021 at 9:44 am



**DELIVERED**
Signed for by: M.CARKNER

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | Corporation Service Company |
| Marco Cercone, Esq. | |
| 424 Main Street | 80 State St. |
| Suite 1600 | ALBANY, NY US 12207 |
| Buffalo, NY US 14202 | 716-854-3400 |
| 716-854-3400 | |

## Travel History

TIME ZONE
Local Scan Time                                                              ⌄

Friday, June 25, 2021

| 9:44 AM | ALBANY, NY | Delivered |
| 7:17 AM | MENANDS, NY | On FedEx vehicle for delivery |
| 6:59 AM | MENANDS, NY | At local FedEx facility |
| 2:58 AM | NEWARK, NJ | Departed FedEx location |

Thursday, June 24, 2021

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 84 of 152

6/28/2021

Detailed Tracking

| 11:57 PM | NEWARK, NJ | Arrived at FedEx location |
| 6:00 PM | CHEEKTOWAGA, NY | Picked up |
| 10:28 AM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
| 774089391498 | FedEx Standard Overnight | 8 lbs / 3.63 kgs |

| DIMENSIONS | DELIVERY ATTEMPTS | DELIVERED TO |
| 18x13x3 in. | 1 | Receptionist/Front Desk |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
| 1 | 8 lbs / 3.63 kgs | Shipper |

| SHIPPER REFERENCE | PACKAGING | SPECIAL HANDLING SECTION |
| 3400.22576 | FedEx Box | Deliver Weekday |

| SHIP DATE | STANDARD TRANSIT | ACTUAL DELIVERY |
| 6/24/21 ⑦ | 6/25/21 by 4:30 pm ⑦ | 6/25/21 at 9:44 am |

https://www.fedex.com/fedextrack/?trknbr=774089391498&trkqual=2459390000~774089391498~FX

2/2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                Plaintiffs,

Index No. 806187/2021

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                    Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ): ss:
COUNTY OF ERIE        )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.     On the 25 day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                    CT Corporation System
                    4400 Easton Commons Way
                    Suite 125
                    Columbus, OH 43219

                              2

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 87 of 152

by Overnight Mail/Federal Express upon the designated agent, CT Corporation System (on behalf of Cardinal Health, Inc.) and accepted on June 28, 2021.

Elizabeth M. Sanchez

Sworn to before me this
29th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2021

3

XX OSUA

TRK# 7741 0255 6780

0201

2021

MON - 28 JUN 4:30P

STANDARD OVERNIGHT

43219
LCK

OH-US

ORIGIN ID:BUFA (716) 854-3400
MARCO CERRONE, ESQ
RUPP BAASE PFALZGRAF
424 MAIN STREET
SUITE 1600
BUFFALO, NY 14202
UNITED STATES US

TO CT CORPORATION SYSTEM

4400 EASTON COMMONS WAY

SUITE 125

COLUMBUS OH 43219

(716) 854-3400

REF: 3400.22576

PO:                DEPT:

SHIP DATE: 25JUN21
ACTWGT: 4.00 LB
CAD: 42847736/INET14340

BILL SENDER

FedEx
Express

56DJ3/6397/FE4A

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx.**

June 29, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774102556780

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 4400 EASTON CMNS 125 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | COLUMBUS, OH, 43219 |
| | | Delivery date: | Jun 28, 2021 15:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774102556780 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
CT Corporation System,
4400 Easton Commons Way
Suite 125
COLUMBUS, OH, US, 43219

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1800
Buffalo, NY, US, 14202

Reference                    3400.22576

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx

FedEx

TRACK ANOTHER SHIPMENT

774102556780



ADD NICKNAME

# Delivered
## Monday, June 28, 2021 at 3:33 pm



**DELIVERED**
Signature release on file

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | CT Corporation System |
| Marco Cercone, Esq. | |
| 424 Main Street | 4400 Easton Commons Way |
| Suite 1600 | Suite 125 |
| Buffalo, NY US 14202 | COLUMBUS, OH US 43219 |
| 716-854-3400 | 716-854-3400 |

## Travel History

TIME ZONE
Local Scan Time

**Monday, June 28, 2021**

| 3:33 PM | COLUMBUS, OH | Delivered<br>Package delivered to recipient address - release authorized |
|---|---|---|
| 7:26 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 5:42 AM | COLUMBUS, OH | At local FedEx facility |

**Saturday, June 26, 2021**

| 10:40 AM | COLUMBUS, OH | At local FedEx facility |
|---|---|---|
| 6:11 AM | COLUMBUS, OH | At destination sort facility |
| 4:03 AM | MEMPHIS, TN | Departed FedEx location |

6/29/2021                                               Detailed Tracking

Friday, June 25, 2021

4:49 PM              CHEEKTOWAGA, NY          Picked up

11:35 AM                                       Shipment information sent to FedEx

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 774102556780 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| DELIVERY ATTEMPTS | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| 1 | 1 | 4 lbs / 1.81 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Shipper | FedEx Pak | Deliver Weekday |

| SHIP DATE | STANDARD TRANSIT | ACTUAL DELIVERY |
|---|---|---|
| 6/25/21 ⓘ | 6/28/21 by 4:30 pm ⓘ | 6/28/21 at 3:33 pm |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

|  |  |
|---|---|
| ERIE COUNTY MEDICAL CENTER CORPORATION; CATHOLIC HEALTH SYSTEM, INC.; SISTERS OF CHARITY HOSPITAL OF BUFFALO, NEW YORK; MERCY HOSPITAL OF BUFFALO; KENMORE MERCY HOSPITAL; MOUNT ST. MARY'S HOSPITAL OF NIAGARA FALLS; ELLIS HOSPITAL FOUNDATION, INC.; KALEIDA HEALTH; OLEAN GENERAL HOSPITAL; NIAGARA FALLS MEMORIAL MEDICAL CENTER; and ST. LUKE'S CORNWALL HOSPITAL, | Index No. 806187/2021 |
|  |  |
| Plaintiffs, |  |
|  |  |
| v. |  |
|  |  |
| TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; WATSON LABORATORIES, INC.; ACTAVIS PHARMA, INC. (f/k/a WATSON PHARMA INC.); ACTAVIS LLC (f/k/a ACTAVIS INC.); JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC. (f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC.); NORAMCO, INC.; ENDO HEALTH SOLUTIONS, INC.; ENDO PHARMACEUTICALS INC.; PAR PHARMACEUTICALS COMPANIES, INC. (f/k/a PAR PHARMACEUTICAL HOLDINGS, INC.); PAR PHARMACEUTICAL, INC.; ABBOTT LABORATORIES; ABBOTT LABORATORIES, INC.; AMNEAL PHARMACEUTICALS, LLC; ALLERGAN FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.); ALLERGAN SALES, LLC; ALLERGAN USA, INC.; PRACTICE FUSION, INC.; ALLSCRIPTS |  |

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ): ss:
COUNTY OF ERIE        )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.    On the 25 day of June, 2021, I served a copy of the Notification of Electronic Filing and the filed Summons and Complaint on the following:

The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

2

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 94 of 152

by Overnight Mail/Federal Express upon the designated agent, The Prentice-Hall Corporation System, Inc. (on behalf of Walgreen Eastern Co. Inc..) and accepted on June 28, 2021.

Elizabeth M. Sanchez

Sworn to before me this
29th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2021

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**®

June 29, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774101769594

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.CARKNER | Delivery Location: | 80 STATE ST 10 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | ALBANY, NY, 12207 |
| | | Delivery date: | Jun 28, 2021 12:32 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774101769594 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
The Prentice-Hall Corp. System, Inc,
80 State Street
ALBANY, NY, US, 12207

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576

Signature Proof of Delivery is not currently available for this Tracking Number. Availability of signature
images may take up to 5 days after delivery date. Please try later, or contact Customer Service at
1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

FedEx

TRACK ANOTHER SHIPMENT

774101769594

ADD NICKNAME

☆ 📋 ⑦

# Delivered
# Monday, June 28, 2021 at 12:32 pm



**DELIVERED**
Signed for by: M.CARKNER

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | The Prentice-Hall Corp. System, Inc |
| Marco Cercone, Esq. | |
| | 80 State Street |
| 424 Main Street | ALBANY, NY US 12207 |
| Suite 1600 | 716-854-3400 |
| Buffalo, NY US 14202 | |
| 716-854-3400 | |

## Travel History

TIME ZONE
Local Scan Time

⌄

**Monday, June 28, 2021**

| 12:32 PM | ALBANY, NY | Delivered |
|---|---|---|
| 7:42 AM | MENANDS, NY | On FedEx vehicle for delivery |
| 7:11 AM | MENANDS, NY | At local FedEx facility |

**Saturday, June 26, 2021**

| 5:30 PM | MENANDS, NY | At local FedEx facility |
|---|---|---|
| 7:55 AM | MENANDS, NY | At local FedEx facility<br>Package not due for delivery |
| 6:53 AM | LATHAM, NY | At destination sort facility |

6/25/2021

Detailed Tracking

| | | |
|---|---|---|
| 3:37 AM | MEMPHIS, TN | Departed FedEx location |

Friday, June 25, 2021

| | | |
|---|---|---|
| 11:22 PM | MEMPHIS, TN | Arrived at FedEx location |
| 4:49 PM | CHEEKTOWAGA, NY | Picked up |
| 10:45 AM | | Shipment information sent to FedEx |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 774101769594 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 1 | Receptionist/Front Desk | 1 |
| **TOTAL SHIPMENT WEIGHT** | **TERMS** | **SHIPPER REFERENCE** |
| 4 lbs / 1.81 kgs | Shipper | 3400.22576 |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **SHIP DATE** |
| FedEx Envelope | Deliver Weekday | 6/25/21 ⓘ |
| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 6/28/21 by 4:30 pm ⓘ | 6/28/21 at 12:32 pm | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                    Plaintiffs,


          v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 100 of 152

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                    Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ): ss:
COUNTY OF ERIE      )

      Elizabeth M. Sanchez, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

      2.    On the 25 day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                  Corporate Creations Network, Inc.
                  8275 South Eastern Avenue, #200
                  Las Vegas, NV 89123

2

FILED: ERIE COUNTY CLERK 06/29/2021 11:06 AM
NYSCEF DOC. NO. 13 Case 1:21-cv-00826 Document 1-4 Filed 07/19/21 Page 101 of 152

INDEX NO. 806187/2021
RECEIVED NYSCEF: 06/29/2021

by Overnight Mail/Federal Express upon the designated agent, Corporate Creations Network, Inc. (on behalf of Watson Laboratories, Inc.) and accepted on June 28, 2021.

Elizabeth M. Sanchez

Sworn to before me this
29th day of June, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2021

3



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx.

June 29, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774101827649

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M MARSI | Delivery Location: | 8275 S EASTERN AVE 200 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | LAS VEGAS, NV, 89123 |
| | | Delivery date: | Jun 28, 2021 14:42 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774101827649 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
Corporate Creations Network, Inc.,
8275 South Eastern Avenue
200
LAS VEGAS, NV, US, 89123

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                    3400.22576



Thank you for choosing FedEx

5 of 7

Detailed Tracking

**FedEx**

TRACK ANOTHER SHIPMENT

774101827649    

ADD NICKNAME

# Delivered
## Monday, June 28, 2021 at 2:42 pm



DELIVERED
Signed for by: M.MARCI

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|------|-----|
| Rupp, Baase, Pfalzgraf | Corporate Creations Network, Inc. |
| Marco Cercone, Esq. | |
| 424 Main Street | 8275 South Eastern Avenue |
| Suite 1600 | 200 |
| Buffalo, NY US 14202 | LAS VEGAS, NV US 89123 |
| 716-854-3400 | 716-854-3400 |

## Travel History

TIME ZONE
Local Scan Time

**Monday, June 28, 2021**

| 2:42 PM | LAS VEGAS, NV | Delivered |
| 7:57 AM | LAS VEGAS, NV | On FedEx vehicle for delivery |
| 7:40 AM | LAS VEGAS, NV | At local FedEx facility |

**Saturday, June 26, 2021**

| 8:17 AM | LAS VEGAS, NV | At local FedEx facility |

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 105 of 152

6/29/2021
Detailed Tracking

| 8:17 AM | LAS VEGAS, NV | At local FedEx facility |
| | | Package not due for delivery |
| 5:52 AM | LAS VEGAS, NV | At destination sort facility |
| 4:41 AM | MEMPHIS, TN | Departed FedEx location |

**Friday, June 25, 2021**

| 11:22 PM | MEMPHIS, TN | Arrived at FedEx location |
| 4:49 PM | CHEEKTOWAGA, NY | Picked up |
| 10:48 AM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
| --- | --- | --- |
| 774101827649 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
| --- | --- | --- |
| 1 | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
| --- | --- | --- |
| 4 lbs / 1.81 kgs | Shipper | 3400.22576 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
| --- | --- | --- |
| FedEx Envelope | Deliver Weekday | 6/25/21 ⓘ |

| STANDARD TRANSIT | ACTUAL DELIVERY |
| --- | --- |
| 6/28/21 by 4:30 pm ⓘ | 6/28/21 at 2:42 pm |

Case 1:21-cv-00826  Document 1-4  Filed 07/19/21  Page 106 of 152

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

          Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ): ss:
COUNTY OF ERIE       )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.    On the 25 day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

CT Corporation System
111 Eight Ave
New York, NY 10011

2

by Overnight Mail/Federal Express upon the designated agent, CT Corporation System.(on behalf of Rite Aid Drug Palace, Inc.) and accepted on June 29, 2021.

Elizabeth M. Sanchez

Sworn to before me this
1st day of July, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 20

3





ORIGIN ID:BUFA (716) 854-3400
MARCO CERCONE, ESQ.
RUPP, BAASE, PFALZGRAF
424 MAIN STREET
SUITE 1600
BUFFALO, NY 14202
UNITED STATES US

SHIP DATE: 25JUN21
ACTWGT: 4.00 LB
CAD: 4284736/INET4340

BILL SENDER

TO CT CORPORATION SYSTEM
111 EIGHTH AVE
13 FLOOR
NEW YORK CITY NY 10011
(716) 854-3400 REF: 3400.22576
INV:
PO: DEPT:

FedEx Express

TRK# 0201 7741 0278 1190

MON - 28 JUN 4:30P
STANDARD OVERNIGHT

XA KLLA

10011
NY-US EWR

56DJ6/B387/FE4A

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

TRACK ANOTHER SHIPMENT

774192731190

ADD NICKNAME



# Delivered

# Tuesday, June 29, 2021 at 12:48 pm



**DELIVERED**

Signature release on file

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
| --- | --- |
| Rupp, Baase, Pfalzgraf | CT Corporation System |
| Marco Cercone, Esq. | |
| 424 Main Street | 111 Eighth Ave |
| Suite 1600 | 13 Floor |
| Buffalo, NY US 14202 | NEW YORK CITY, NY US 10011 |
| 716-854-3400 | 716-854-3400 |

## Travel History

TIME ZONE
Local Scan Time

**Tuesday, June 29, 2021**

| 12:48 PM | NEW YORK CITY, NY | Delivered |
| | | Package delivered to recipient address - release authorized |
| 8:34 AM | NEW YORK, NY | On FedEx vehicle for delivery |
| 8:06 AM | NEW YORK, NY | At local FedEx facility |

**Monday, June 28, 2021**

| 11:16 PM | NEWARK, NJ | Arrived at FedEx location |
| 3:32 PM | NEW YORK, NY | Delivery exception |
| | | Incorrect address - Recipient moved |

FILED: ERIE COUNTY CLERK 07/01/2021 02:51 PM

INDEX NO. 806187/2021

NYSCEF DOC. NO. 15

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 111 of 152

RECEIVED NYSCEF: 07/01/2021

7/1/2021

Detailed Tracking

| 7:08 AM | NEW YORK, NY | On FedEx vehicle for delivery |
| 6:44 AM | NEW YORK, NY | At local FedEx facility |

Saturday, June 26, 2021

| 7:48 AM | NEWARK, NJ | Departed FedEx location |
| 6:24 AM | NEWARK, NJ | Arrived at FedEx location |
| 3:14 AM | MEMPHIS, TN | Departed FedEx location |

Friday, June 25, 2021

| 4:49 PM | CHEEKTOWAGA, NY | Picked up |
| 11:49 AM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
774102781190

**SERVICE**
FedEx Standard Overnight

**WEIGHT**
4 lbs / 1.81 kgs

**DELIVERY ATTEMPTS**
2

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
4 lbs / 1.81 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
3400.22576

**PACKAGING**
FedEx Pak

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
6/25/21 ⓘ

**STANDARD TRANSIT**
6/28/21 by 4:30 pm ⓘ

**ACTUAL DELIVERY**
6/29/21 at 12:48 pm



July 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774102781190

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | 28 LIBERTY ST 42 |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW YORK CITY, NY, 10011 |
| | | Delivery date: | Jun 29, 2021 12:48 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774102781190 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
CT Corporation System,
111 Eighth Ave
13 Floor
NEW YORK CITY, NY, US, 10011

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                        3400.22576

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

     Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         ): ss:
COUNTY OF ERIE       )

       Elizabeth M. Sanchez, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

       2.     On the 1st day of July, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                     Johnson & Johnson
                     One Johnson & Johnson Plaza
                     New Brunswick, NJ 08933

2

by Overnight Mail/Federal Express upon the designated agent, Johnson & Johnson.(on behalf of Johnson & Johnson.) and accepted on July 2, 2021.

Elizabeth M. Sanchez

Sworn to before me this
2nd day of July, 2021.

Notary Public

JODI L. FOLEY-JOHNSTON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 22, 2024

3



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



TRACK ANOTHER SHIPMENT

774157225973

ADD NICKNAME



# Delivered

# Friday, July 2, 2021 at 9:23 am



**DELIVERED**
Signed for by: J JOHNS

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

×

## Request proof of delivery

For a detailed proof of delivery, enter the 9-digit shipper or payer FedEx account number associated with this shipment.

ACCOUNT NUMBER (OPTIONAL)

VIEW PDF

CANCEL

FROM

Rupp, Baase, Pfalzgraf
Marco Cercone, Esq.
424 Main Street

TO

Johnson & Johnson
Johnson & Johnson
One Johnson & Johnson Plaza

Suite 1600
Buffalo, NY US 14202
716-854-3400

NEW BRUNSWICK, NJ US 08933
716-854-3400

## Travel History

TIME ZONE
Local Scan Time

⌄

### Friday, July 2, 2021

| | | |
|---|---|---|
| 9:23 AM | NEW BRUNSWICK, NJ | Delivered |
| 8:37 AM | EDISON, NJ | On FedEx vehicle for delivery |
| 7:20 AM | EDISON, NJ | At local FedEx facility |
| 3:55 AM | NEWARK, NJ | Departed FedEx location |
| 12:12 AM | NEWARK, NJ | Arrived at FedEx location |

### Thursday, July 1, 2021

| | | |
|---|---|---|
| 7:13 PM | CHEEKTOWAGA, NY | Picked up |
| 2:20 PM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 774157225973 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 1 | Shipping/Receiving | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 4 lbs / 1.81 kgs | Shipper | 3400.22576 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Pak | Deliver Weekday | 7/1/21 ⓘ |

| STANDARD TRANSIT | ACTUAL DELIVERY | |
|---|---|---|
| 7/2/21 by 4:30 pm ⓘ | 7/2/21 at 9:23 am | |



July 02, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774157225973

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | V JOHNS | Delivery Location: | 1 JOHNSON AND JOHNSON PLZ |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | NEW BRUNSWICK, NJ, 08933 |
| | | Delivery date: | Jul 2, 2021 09:23 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774157225973 | Ship Date: | Jul 1, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
Johnson & Johnson, Johnson & Johnson
One Johnson & Johnson Plaza
NEW BRUNSWICK, NJ, US, 08933

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                3400.22576



Thank you for choosing FedEx

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                 Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

Index No. 806187/2021

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                                    Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ): ss:
COUNTY OF ERIE        )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.      On the 2nd day of July, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

Janssen Pharmaceuticals, Inc.
1125 Bear Tavern Road
Titusville, NJ 08560

2

by Overnight Mail/Federal Express upon the designated agent, Janssen Pharmaceuticals, Inc. (on behalf of Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc.) and accepted on July 6, 2021.

_____
Elizabeth M. Sanchez

Sworn to before me this
6th day of July, 2021.

_____
Notary Public

Patricia A. Scarcello
Notary Public, State of New York
Qualified in Erie Co.
My Commission Expires May 22, 20 25

FILED: ERIE COUNTY CLERK 07/06/2021 03:21 PM
NYSCEF DOC. NO. 17    Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 123 of 152

INDEX NO. 806187/2021
RECEIVED NYSCEF: 07/06/2021

7/2/2021    FedEx Ship Manager - Print Your Label(s)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx.

TRACK ANOTHER SHIPMENT

774164447380 

ADD NICKNAME

# Delivered

# Tuesday, July 6, 2021 at 9:17 am



**DELIVERED**
Signed for by: C.SCHARRETT

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| **Rupp, Baase, Pfalzgraf** | **Janssen Pharmaceuticals, Inc.** |
| Marco Cercone, Esq. | |
| | 1125 Bear Tavern Road |
| 424 Main Street | TITUSVILLE, NJ US 08560 |
| Suite 1600 | 716-854-3400 |
| Buffalo, NY US 14202 | |
| 716-854-3400 | |

## Travel History

TIME ZONE
Local Scan Time

**Tuesday, July 6, 2021**

| 9:17 AM | TITUSVILLE, NJ | Delivered |
| 7:13 AM | HAMILTON, NJ | On FedEx vehicle for delivery |
| 6:47 AM | HAMILTON, NJ | At local FedEx facility |

**Saturday, July 3, 2021**

| 2:13 PM | HAMILTON, NJ | At local FedEx facility |
| 7:32 AM | NEWARK, NJ | Departed FedEx location |
| 6:11 AM | NEWARK, NJ | Arrived at FedEx location |

https://www.fedex.com/fedextrack/?trknbr=774164447380&trkqual=2459398000~774164447380~FX
1/2

7/6/2021

Detailed Tracking

| 3:02 AM | MEMPHIS, TN | Departed FedEx location |

**Friday, July 2, 2021**

| 4:01 PM | CHEEKTOWAGA, NY | Picked up |
| 10:03 AM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
| 774164447380 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |

| DELIVERY ATTEMPTS | DELIVERED TO | TOTAL PIECES |
| 1 | Shipping/Receiving | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
| 4 lbs / 1.81 kgs | Shipper | 3400.22576 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
| FedEx Pak | Deliver Weekday | 7/2/21 |

| STANDARD TRANSIT | ACTUAL DELIVERY | |
| 7/6/21 by 4:30 pm | 7/6/21 at 9:17 am | |

**FedEx**

July 06, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774164447380

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.SCHARRETT | Delivery Location: | 1125 BEAR TAVERN RD |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | TITUSVILLE, NJ, 08560 |
| | | Delivery date: | Jul 6, 2021 09:17 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 774164447380 | Ship Date: | Jul 2, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
Janssen Pharmaceuticals, Inc.,
1125 Bear Tavern Road
TITUSVILLE, NJ, US, 08560

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference                    3400.22576

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature
images may take up to 5 days after delivery date. Please try later, or contact Customer Service at
1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

ERIE COUNTY MEDICAL CENTER
CORPORATION; CATHOLIC HEALTH                    Index No. 806187/2021
SYSTEM, INC.; SISTERS OF CHARITY
HOSPITAL OF BUFFALO, NEW YORK;
MERCY HOSPITAL OF BUFFALO; KENMORE
MERCY HOSPITAL; MOUNT ST. MARY'S
HOSPITAL OF NIAGARA FALLS; ELLIS
HOSPITAL FOUNDATION, INC.; KALEIDA
HEALTH; OLEAN GENERAL HOSPITAL;
NIAGARA FALLS MEMORIAL MEDICAL
CENTER; and ST. LUKE'S CORNWALL
HOSPITAL,

                    Plaintiffs,


v.

TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; WATSON LABORATORIES,
INC.; ACTAVIS PHARMA, INC. (f/k/a
WATSON PHARMA INC.); ACTAVIS LLC (f/k/a
ACTAVIS INC.); JOHNSON & JOHNSON;
JANSSEN PHARMACEUTICALS, INC. (f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC. f/k/a JANSSEN
PHARMACEUTICA, INC.); NORAMCO, INC.;
ENDO HEALTH SOLUTIONS, INC.; ENDO
PHARMACEUTICALS INC.; PAR
PHARMACEUTICALS COMPANIES, INC.
(f/k/a PAR PHARMACEUTICAL HOLDINGS,
INC.); PAR PHARMACEUTICAL, INC.;
ABBOTT LABORATORIES; ABBOTT
LABORATORIES, INC.; AMNEAL
PHARMACEUTICALS, LLC; ALLERGAN
FINANCE, LLC (f/k/a ACTAVIS, INC. f/k/a
WATSON PHARMACEUTICALS, INC.);
ALLERGAN SALES, LLC; ALLERGAN USA,
INC.; PRACTICE FUSION, INC.; ALLSCRIPTS

HEALTHCARE SOLUTIONS, INC.;
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; H.D. SMITH, LLC (f/k/a H.D.
SMITH WHOLESALE DRUG CO.); HENRY
SCHEIN, INC.; CVS PHARMACY, INC.; CVS
INDIANA, L.L.C.; CVS ORLANDO FL
DISTRIBUTION, L.L.C.; CVS PA
DISTRIBUTION, L.L.C.; CVS TN
DISTRIBUTION, L.L.C.; CVS VERO FL
DISTRIBUTION, L.L.C.; CVS RX SERVICES,
INC.; CVS ALBANY, L.L.C.; RITE AID OF NEW
YORK, INC.; RITE AID DRUG PALACE, INC.;
RITE AID OF MARYLAND, INC. (d/b/a RITE
AID MID-ATLANTIC CUSTOMER SUPPORT
CENTER, INC.); WALGREEN CO.;
WALGREEN EASTERN CO., INC.; WALMART
INC. (f/k/a/ WAL-MART STORES, INC.); WAL-
MART STORES EAST, LP; JIM HENNING,
DARCI GILLIS, JAMES MCVAY, KIM CADIN;
ANTHONY ONESTO; JEFF PALMER; and
DOES 1-100,

                                        Defendants.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ): ss:
COUNTY OF ERIE             )

Elizabeth M. Sanchez, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed
with Rupp Baase Pfalzgraf Cunningham LLC located in Buffalo, New York.

2.      On the 25th day of June, 2021, I served a copy of the Notification of
Electronic Filing and the filed Summons and Complaint on the following:

                        CT Corporation System
                        150 West Market St.
                        Suite 800
                        Indianapolis, IN 46204
                                2

by Overnight Mail/Federal Express upon the designated agent, CT Corporation System (on behalf of CVS Indiana, LLC.) and accepted on July 7, 2021.

Elizabeth M. Sanchez

Sworn to before me this
7th day of July, 2021.

Notary Public

REBECCA D. MESNEKOFF
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE CO.
MY COMMISSION EXPIRES JAN. 5, 2024

3



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



TRACK ANOTHER SHIPMENT

774102596420

ADD NICKNAME

☆ 📋 ⑦

# Delivered

# Wednesday, July 7, 2021 at 12:00 pm



**DELIVERED**
Signed for by: E.SHILLING



GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| Rupp, Baase, Pfalzgraf | CT Corporation System |
| Marco Cercone, Esq. | |
| 424 Main Street | 150 West Market St. |
| Suite 1600 | Suite 800 |
| Buffalo, NY US 14202 | INDIANAPOLIS, IN US 46204 |
| 716-854-3400 | 716-854-3400 |

## Travel History

TIME ZONE
Local Scan Time

⌄

Wednesday, July 7, 2021

| 12:00 PM | INDIANAPOLIS, IN | Delivered |
| 8:13 AM | INDIANAPOLIS, IN | On FedEx vehicle for delivery |
| 7:09 AM | INDIANAPOLIS, IN | At local FedEx facility |

Tuesday, July 6, 2021

| 1:36 PM | INDIANAPOLIS, IN | At local FedEx facility |

7/7/2021
Detailed Tracking

**Saturday, July 3, 2021**

| | | |
|---|---|---|
| 12:09 PM | INDIANAPOLIS, IN | At local FedEx facility |

**Friday, July 2, 2021**

| | | |
|---|---|---|
| 3:47 PM | INDIANAPOLIS, IN | At local FedEx facility |

**Thursday, July 1, 2021**

| | | |
|---|---|---|
| 3:42 PM | INDIANAPOLIS, IN | At local FedEx facility |

**Wednesday, June 30, 2021**

| | | |
|---|---|---|
| 3:41 PM | INDIANAPOLIS, IN | At local FedEx facility |

**Tuesday, June 29, 2021**

| | | |
|---|---|---|
| 5:53 PM | INDIANAPOLIS, IN | At local FedEx facility |

**Monday, June 28, 2021**

| | | |
|---|---|---|
| 5:56 PM | INDIANAPOLIS, IN | At local FedEx facility |
| 1:39 PM | INDIANAPOLIS, IN | Delivery exception<br>Incorrect address - Recipient moved |
| 7:53 AM | INDIANAPOLIS, IN | On FedEx vehicle for delivery |
| 6:52 AM | INDIANAPOLIS, IN | At local FedEx facility |

**Saturday, June 26, 2021**

| | | |
|---|---|---|
| 9:11 AM | INDIANAPOLIS, IN | At local FedEx facility<br>Package not due for delivery |
| 8:02 AM | INDIANAPOLIS, IN | Arrived at FedEx location |
| 6:00 AM | MEMPHIS, TN | Departed FedEx location |

**Friday, June 25, 2021**

| | | |
|---|---|---|
| 4:49 PM | CHEEKTOWAGA, NY | Picked up |
| 11:37 AM | | Shipment information sent to FedEx |

## Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 774102596420 | FedEx Standard Overnight | 4 lbs / 1.81 kgs |
| **DELIVERY ATTEMPTS** | **DELIVERED TO** | **TOTAL PIECES** |
| 2 | Receptionist/Front Desk | 1 |

6 of 8

Detailed Tracking

**TOTAL SHIPMENT WEIGHT**

4 lbs / 1.81 kgs

**TERMS**

Shipper

**SHIPPER REFERENCE**

3400 22576

**PACKAGING**

FedEx Pak

**SPECIAL HANDLING SECTION**

Deliver Weekday

**CUSTOMER EXCEPTION REQUEST NUMBER (CER)**

0628C-29804353, 0701C-30170750

**SHIP DATE**

6/25/21 ⑦

**STANDARD TRANSIT**

6/28/21 by 4:30 pm ⑦

**ACTUAL DELIVERY**

7/7/21 at 12:00 pm

https://www.fedex.com/fedextrack/?trknbr=774102596420&trkqual=2459391000~774102596420~FX 3/3



July 07, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 774102598420

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | E.SHILLING | Delivery Location: | 334 N SENATE AVE |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | INDIANAPOLIS, IN, 46204 |
| | | Delivery date: | Jul 7, 2021 12:00 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 774102598420 | Ship Date: | Jun 25, 2021 |
| | | Weight: | 4.0 LB/1.82 KG |

Recipient:
CT Corporation System,
150 West Market St.
Suite 800
INDIANAPOLIS, IN, US, 46204

Shipper:
Marco Cercone, Esq., Rupp, Baase, Pfalzgraf
424 Main Street
Suite 1600
Buffalo, NY, US, 14202

Reference        3400.22576

Thank you for choosing FedEx



Paul E. Asfendis
Director

Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Direct: (212) 613-2067 Fax: (212) 554-9667
pasfendis@gibbonslaw.com

July 7, 2021

**VIA ECF**

Erie County Clerk
25 Delaware Avenue
Buffalo, NY 14202

Re:    **Erie County Medical Center Corp., et al. v. Teva Pharmaceuticals USA, Inc., et al.**
       **Index No. 806187/2021**

Dear Honorable Clerk:

       This firm represents Defendant AmerisourceBergen Drug Corporation ("ABDC"), in the above-referenced litigation.  We write regarding the recently filed above referenced action, to advise that the New York Litigation Coordinating Panel has ordered that all opioid product liability cases be heard in Suffolk County in a coordinated litigation. Enclosed is an order dated July 31, 2017 directing the transfer of opioid-related cases to the Supreme Court, Suffolk County, New York, into the case styled "In Re Opioid Litigation," Index No. 400000/2017.  As the Erie County Medical Center Corp., et al., action alleges similar causes of action against the same Defendants as those in the actions being transferred to the Supreme Court of Suffolk County, New York, we respectfully request the transfer of this case to the aforementioned coordinated litigation.

                                Very truly yours,

                                Paul E. Asfendis

Enclosures

CC: All Counsel of Record (via ECF)

2735354.1 112532-95604

# ~E-FILE

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

Index No.: 400000 – 17

IN RE OPIOID LITIGATION

**ORDER**

HON. Jerry Garquilo

     The New York Litigation Coordinating Panel, having ordered the coordination of all opioid product liability cases be heard in Suffolk County and I having been appointed as the State Coordinating Justice to hear all of the similar opioid product liability matters concerning Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company, Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., OrthoMcNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals Inc., Endo Health Solutions, Inc., Endo Pharmaceuticals, Inc., Russell Portenoy, Perry Fine, Scott Fishman, Lynn Webster, and other defendants named therein, hereby:

     ORDER, that all of the attached cases be transferred without fee to Justice Jerry Garguilo at the Suffolk County Supreme Court at 400 Carleton Avenue, Central Islip, New York 11722; and it is further

     ORDERED, that the Suffolk County Clerk shall receive the attached cases transferred from the calendar of other Justices in any other county of the Supreme Court forthwith; and it is further

ORDERED, that all of the attached cases shall be collectively known as the "In Re Opioid Litigation" which, for ease of description, shall be assigned a Suffolk County Index number wherein all similar future cases filed or transferred into the Suffolk County Supreme Court shall be listed sequentially where possible.

ENTER,

DATED: July 31st, 2017

Justice of the Supreme Court

**HON. JERRY GARGUILO**

**GRANTED**

**JUL 3 1 2017**

**Judith A. Pascale
CLERK OF SUFFOLK COUNTY**

## STATE OF NEW YORK SUPREME COURT
## LITIGATION COORDINATING PANEL

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

**THE COUNTY OF SUFFOLK,**

|  |  |  |
|---|---|---|
| | Plaintiff, | Index No. 613760/2016 |
| v. | | |

**PURDUE PHARMA L.P.; PURDUE PHARMA INC.;**
**THE PURDUE FREDERICK COMPANY, INC.**
**TEVA PHARMACEUTICALS USA, INC.,**
**CEPHALON, INC.; JOHNSON & JOHNSON;**
**JANSSEN PHARMACEUTICALS, INC.;**
**ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC.**
**N/K/A JANSSEN PHARMACEUTICALS, INC.;**
**JANSSEN PHARMACEUTICA, INC. N/K/A**
**JANSSEN PHARMACEUTICALS, INC.;**
**ENDO HEALTH SOLUTIONS INC.;**
**ENDO PHARMACEUTICALS, INC.;**
**RUSSELL PORTENOY; PERRY FINE;**
**SCOTT FISHMAN and LYNN WEBSTER,**

**ORDER GRANTING**
**DEFENDANTS' APPLICATION**
**TO COORDINATE CASES**
**AND FOR PARTIAL STAY**
**PURSUANT TO**
**22 NYCRR 202.69**

**Defendants.**

## AND OTHER MATTERS LISTED IN THE ATTACHED APPENDIX

Defendants Purdue Pharma L.P., Purdue Pharma, Inc., the Purdue Frederick Company, Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals (now known as Janssen Pharmaceuticals, Inc.), and Janssen Pharmaceutica, Inc. (now known as Janssen Pharmaceuticals, inc.), Endo Health Solutions Inc., and Endo Pharmaceuticals Inc. (collectively, "Defendants") submitted their application (the "Application") to the State of New York Litigation Coordinating Panel (the "Panel") for an order, pursuant to the Uniform Rules for New York State Trial Courts ("Uniform Civil Rules") § 202.69, directing the pre-trial coordination of nine actions brought against Defendants by the following Counties of the State of New York: County of Broome, County of Dutchess, County of Erie, County of Nassau, County of Orange, County of Seneca, County of Suffolk, County of Schenectady, and County of Sullivan. Upon the request of the Defendants, the Panel had stayed these actions (except the action in the County of Suffolk) during the pendency of this Application.

The Panel considered the Defendants' Application, as well as the Affirmations from Paul J. Hanly, Jr., Esq., counsel for eight of the nine Plaintiff counties, who have all consented to having coordination of all existing similar cases and any additional similar actions in the Suffolk County Supreme Court, as well as a stay of all actions except the action in Suffolk County during the pendency of this application.

Paul J. Napoli, Esq., who represents the County of Nassau, agrees in an Affirmation to coordinate these cases in Suffolk County, but requests a stay of all of the pending cases to include Suffolk County. There is pending a pre-answer motion to dismiss by the defendants Purdue Pharma, L.P., Purdue Pharma, Inc. and the Purdue Frederick Company, Inc., that was filed on January 23, 2017 in Suffolk County, which is now scheduled for a hearing on July 19, 2017. Counsel for Nassau County seeks to adjourn that potentially dispositive motion as it may have precedential impact under *res judicata*, not only upon the other eight county Plaintiffs with identical pleadings, but also upon Nassau County whose complaint is larger in scope and has added causes of action against numerous other Defendants not sued by the other counties. Therefore, counsel for Nassau County seeks to convert that motion hearing into a discussion

before the Coordinating Justice to conform the Plaintiffs' complaints into a more expansive uniform amended complaint. He also seeks an opportunity to respond in writing and be heard on any motion to dismiss. It is the understanding of the Panel that the motion to dismiss has been adjourned for further consideration.

Since the attorney for the County of Nassau has agreed to coordinate these matters in Suffolk County, this panel will accept his Affirmation of Consent and issue this Order of Coordination in Suffolk County, and will refer all requests for adjournments and other arguments to the Coordinating Justice, designated by the Administrative Judge of Suffolk County.

The Panel, now having considered all of the issues with respect to this Application, including judicial economy, finds that the purposes of Uniform Civil Rules § 202.69 are best served by granting Defendants' Application for coordination, with the consent from Plaintiffs' counsel. Accordingly, and upon due deliberation, it is hereby:

ORDERED, that the actions set forth above and in the appendix shall be Coordinated pursuant to the Uniform Civil Rules § 202.69 before a Coordinating Justice of that county; and it is further

ORDERED, that any actions that allege similar causes of action against the Defendants, that were filed in a Supreme Court of the State of New York, and which remain active, but are not listed in the above caption or the appendix, and any such actions that are filed hereafter shall likewise be Coordinated pursuant to the Uniform Civil Rules § 202.69 in the Supreme Court, County of Suffolk, before a Coordinating Justice of that county, unless the Panel rules otherwise; and it is further

ORDERED, that pursuant to the Uniform Civil Rules § 202.69(c)(1) of the State of New York, the Honorable C. Randall Hinrichs, the Administrative Judge for Civil Matters of the Supreme Court of Suffolk County, shall assign the Coordinating Justice; and it is further

ORDERED, that the Clerk of the Panel shall forthwith transmit a copy of this Decision and Order to counsel for all parties herein, the Justices to whom each of the above actions is currently assigned, and to the Honorable C. Randall Hinrichs, the Administrative Judge for Civil Matters of the Supreme Court of Suffolk County; and it is further

ORDERED, that within 15 days of receipt of a copy of this Order, counsel for the applicants (Defendants) shall serve a copy of the Panel's Decision and Order with notice of entry upon the Clerks of the Supreme Court for the Counties of Broome, Dutchess, Erie, Nassau, Orange, Seneca, Suffolk, Schenectady and Sullivan, who are directed, upon payment of appropriate fees, if any, to transmit the files in the listed actions that are pending in said Counties to the Clerk of the Supreme Court, County of Suffolk: and it is further

ORDERED, that with respect to any additional action that is to be Coordinated as provided in the second ordered provision hereof, upon service of a copy of the Decision and Order of the Panel with notice of entry, together with the affidavit of compliance or the decision of the Panel, upon the Clerk of the Court in which any such additional action is or hereafter shall be pending (other than the Supreme Court, County of Suffolk), said Clerk shall forthwith transfer to the Supreme Court, County of Suffolk, after the payment of appropriate fees, if any, the file in any such additional action that is to be Coordinated as provided in the Decision and Order in compliance with the Uniform Civil Rules § 202.69; and it is further

ORDERED, that the Clerk of the Supreme Court, County of Suffolk, shall assign a County of Suffolk index number, without fee, to any such additional action transferred to that County from another County as provided above and such number shall serve as a means of identification and orderly processing of any such case while it remains in the County of Suffolk for the purpose of Coordination.

This constitutes the Order of the Panel. The Panel, by its Presiding Justice and with their consent, signs this Order.

Dated: July 17, 2017

Justices of the Panel:

Hon. Joseph J. Maltese,
Hon. Richard T. Aulisi
Hon. Joan A. Madden
Hon. Matthew Rosenbaum

For the Panel:

Hon. Joseph J. Maltese
Presiding Justice

**APPENDIX**

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BROOME**

---

THE COUNTY OF BROOME,

            Plaintiff,

   v.

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC. N/K/A
JANSSEN PHARMACEUTICALS, INC.;
JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
RUSSELL PORTENOY; PERRY FINE;
SCOTT FISHMAN; and LYNN WEBSTER,

            Defendants.

**Index No. EFCA2017000252**

---

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

THE COUNTY OF ERIE,

         Plaintiff,

    v.

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
RUSSELL PORTENOY; PERRY FINE;
SCOTT FISHMAN; and LYNN WEBSTER,

        Defendants.

**Index No. 801671/2017**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ORANGE**

| | |
|---|---|
| THE COUNTY OF Orange, | |
| Plaintiff, | |
| v. | |
| PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; RUSSELL PORTENOY; PERRY FINE; SCOTT FISHMAN; and LYNN WEBSTER, | **Index No. EF003572-2017** |
| Defendants. | |

Case 1:21-cv-00826   Document 1-4   Filed 07/19/21   Page 146 of 152

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF DUTCHESS**

THE COUNTY OF DUTCHESS,

            Plaintiff,

      v.

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICALS·USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
RUSSELL PORTENOY; PERRY FINE;
SCOTT FISHMAN; and LYNN WEBSTER,

            Defendants.

**Index No.** 2017-51340

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SENECA**

THE COUNTY OF SENECA,

        Plaintiff,

    v.

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
RUSSELL PORTENOY; PERRY FINE;
SCOTT FISHMAN; and LYNN WEBSTER,

        Defendants.

**Index No. 51181/2017**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SULLIVAN**

| | |
|---|---|
| THE COUNTY OF SULLIVAN,<br><br>      Plaintiff,<br><br>     v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; RUSSELL PORTENOY; PERRY FINE; SCOTT FISHMAN; and LYNN WEBSTER,<br><br>      Defendants. | **Index No. 2017/961** |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NASSAU**

---

THE COUNTY OF NASSAU,

        Plaintiff,

    v.

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY,
INC.; TEVA PHARMACEUTICALS USA,
INC.; CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC. N/K/A
JANSSEN PHARMACEUTICALS, INC.;
JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; ENDO PHARMACEUTICALS, INC.;
ALLERGAN PLC F/K/A ACTAVIS PLC;
ACTAVIS, INC. F/K/A WATSON
PHARMACEUTICALS, INC.; WATSON
LABORATORIES, INC.; ACTAVIS LLC;
ACTAVIS PHARMA, INC. F/K/A
WATSON PHARMA, INC., ENDO
HEALTH SOLUTIONS INC.; MCKESSON
CORPORATION; CARDINAL HEALTH,
INC.; AMERISOURCEBERGEN
CORPORATION; RUSSELL PORTENOY;
PERRY FINE; SCOTT FISHMAN; LYNN
WEBSTER, and MICHAEL BELFIORE,

        Defendants.

**Index No. 605477/2017**

---

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SCHENECTADY**

THE COUNTY OF SCHENECTADY,

Plaintiff,

v.

PURDUE PHARMA L.P.; PURDUE
PHARMA INC.; THE PURDUE
FREDERICK COMPANY, INC.; TEVA
PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; JOHNSON &
JOHNSON; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; JANSSEN PHARMACEUTICA, INC.
N/K/A JANSSEN PHARMACEUTICALS,
INC.; ENDO HEALTH SOLUTIONS INC.;
ENDO PHARMACEUTICALS, INC.;
RUSSELL PORTENOY; PERRY FINE;
SCOTT FISHMAN; and LYNN WEBSTER,

Defendants.

Index No. 2017/1209

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

---

ERIE COUNTY MEDICAL CENTER CORP., ET AL.,

          Plaintiff,

   -against-

TEVA PHARMACEUTICALS USA, INC., ET AL.,

          Defendants.

Index No.: 806187/2021

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER**

---

**WHEREAS,** Plaintiffs Erie County Medical Center Corporation; Catholic Health System, Inc.; Sisters of Charity Hospital of Buffalo, New York; Mercy Hospital of Buffalo; Kenmore Mercy Hospital; Mount St. Mary's Hospital of Niagara Falls; Ellis Hospital Foundation, Inc.; Kaleida Health; Olean General Hospital; Niagara Falls Memorial Medical Center; and St. Luke's Cornwall Hospital filed a Summons and Complaint (NYCEF No. 1) against numerous Defendants, including Abbott Laboratories and Abbott Laboratories Inc., on May 11, 2021; and

**WHEREAS,** counsel for Plaintiffs and counsel for Abbott Laboratories and Abbott Laboratories Inc. have discussed and agreed to extend the time for Abbott Laboratories and Abbott Laboratories Inc. to answer, move to dismiss, or otherwise respond to the Complaint; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that:

1. The time within which Abbott Laboratories and Abbott Laboratories Inc. may answer, move to dismiss, or otherwise respond to the Complaint is hereby extended to and including August 25, 2021.

2.  By entering into this stipulation, the parties do not waive or prejudice any other claims or defenses that they may have.

3.  For the purposes of this stipulation, transmission by electronic mail or facsimile of a signed copy of this agreement shall be as valid and binding on the parties as an original, and electronic signatures shall be treated as originals.

Dated:  New York, New York
        July 8, 2021

/s/ *Alexia R. Brancato*
KIRKLAND & ELLIS LLP
Alexia R. Brancato
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: alexia.brancato@kirkland.com

Brenton Rogers (*pro hac vice forthcoming*)
Eric White (*pro hac vice forthcoming*)
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
Email: brogers@kirkland.com
eric.white@kirkland.com

Daniel T. Donovan (*pro hac vice forthcoming*)
Kirkland & Ellis LLP
1301 Pennsylvania Ave. N.W.
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202) 389-5200
Email: ddonovan@kirkland.com

*Attorneys for Defendants Abbott
Laboratories and Abbott Laboratories Inc.*

/s/ *Sterling Aldridge*
BARRETT LAW GROUP, P.A.
Sterling Aldridge (*pro hac vice forthcoming*)
404 Court Square North
P.O. Box 927
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
saldridge@barrettlawgroup.com

*Counsel for Plaintiffs*

2