# EXHIBIT D



# New York State Unified Court System

**NYSCEF -** New York State Courts Electronic Filing   (Live System)

Skip To:   **Content**   **Navigation**   **Accessibility**

**Home**
NYSCEF

**Home**
Unrepresented Litigants

## Account

Create an Account

Login

Search as Guest

## Resources

Forms

Authorized Courts

Available Documents

Rules & Legislation

NYSCEF Updates

<< Return to **Search Results**

### 806187/2021 - Erie County Supreme Court     **Help**

**Short Caption:** **Erie County Medical Center Corporation et al v. Teva Pharmaceuticals USA, Inc. et al**
**Case Type:** **Commercial - Other (Deceptive Trade Practices)**
**Case Status:** **Pre-RJI**
**eFiling Status:** **Partial Participation Recorded**



**Michael P. Kearns**
*Erie County Clerk*

**Erie County Clerk**
*92 Franklin St*
*Buffalo, NY 14202*
*716-858-8785*
**ErieCountyClerkOffice@erie.gov**

**John J. Fenz, Esq.**
*Deputy County Clerk - Legal*
**John.Fenz@erie.gov**

**Erie County Protocol**

| Document List | Case Detail |

**Narrow By Options**

| | | | |
|---|---|---|---|
| Document Type: | Please select... | Filed By: | Please select... |
| Motion Info: | | Filed Date: | 📅 thru 📅 |
| Document Number: | | Display Document List with Motion Folders 📁 | |



WELCOME to Erie County e-Filing. For more information on how your e-Filing is processed in our County, please visit us on our website.
**Erie County Clerk Website**

**Sort By:** Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | **SUMMONS + COMPLAINT**<br>Summons & Complaint with Jury Demand | Cercone, M.<br>Filed: 05/11/2021<br>*Received: 05/11/2021* | **Processed**<br>**Confirmation Notice** |
| 2 | **AFFIRMATION/AFFIDAVIT OF SERVICE**<br>Affidavit of Service of Corporate Creations Network, Inc. | Cercone, M.<br>Filed: 06/23/2021<br>*Received: 06/23/2021* | **Processed**<br>**Confirmation Notice** |
| 3 | **AFFIRMATION/AFFIDAVIT OF SERVICE**<br>Affidavit of Service of The Corporation Trust Company | Cercone, M.<br>Filed: 06/23/2021<br>*Received: 06/23/2021* | **Processed**<br>**Confirmation Notice** |
| 4 | **AFFIRMATION/AFFIDAVIT OF SERVICE**<br>Affidavit of Service on CT Corporation | Cercone, M.<br>Filed: 06/23/2021<br>*Received: 06/23/2021* | **Processed**<br>**Confirmation Notice** |
| 5 | **AFFIRMATION/AFFIDAVIT OF SERVICE**<br>Affidavit of Service of CT Corporation System (Carson City, NV) | Cercone, M.<br>Filed: 06/25/2021<br>*Received: 06/25/2021* | **Processed**<br>**Confirmation Notice** |
| 6 | **AFFIRMATION/AFFIDAVIT OF SERVICE**<br>Affidavit of Service of CT Corporation System (Chicago, IL) | Cercone, M.<br>Filed: 06/25/2021<br>*Received: 06/25/2021* | **Processed**<br>**Confirmation Notice** |
| 7 | **AFFIRMATION/AFFIDAVIT OF SERVICE**<br>Affidavit of Service of Corporate Creations Network, Inc. (Harrison, | Cercone, M.<br>Filed: 06/25/2021 | **Processed**<br>**Confirmation Notice** |

| | | | |
|---|---|---|---|
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of Corporate Creations Network, Inc. (Nyack, NY) | Cercone, M.<br>Filed: 06/25/2021<br>Received: 06/25/2021 | **Processed**<br>Confirmation Notice |
| 9 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of CT Corporation System (Plantation, FL) | Cercone, M.<br>Filed: 06/28/2021<br>Received: 06/28/2021 | **Processed**<br>Confirmation Notice |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of CT Corporation System (Knoxville, TN) | Cercone, M.<br>Filed: 06/28/2021<br>Received: 06/28/2021 | **Processed**<br>Confirmation Notice |
| 11 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of Corporation Service Company (Albany, NY) | Cercone, M.<br>Filed: 06/28/2021<br>Received: 06/28/2021 | **Processed**<br>Confirmation Notice |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of CT Corporation System (Columbus, OH) | Cercone, M.<br>Filed: 06/29/2021<br>Received: 06/29/2021 | **Processed**<br>Confirmation Notice |
| 13 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of Corporate Creations Network, Inc. (Las Vegas, NV) | Cercone, M.<br>Filed: 06/29/2021<br>Received: 06/29/2021 | **Processed**<br>Confirmation Notice |
| 14 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of The Prentice- Hall Corporation System, Inc. | Cercone, M.<br>Filed: 06/29/2021<br>Received: 06/29/2021 | **Processed**<br>Confirmation Notice |
| 15 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of CT Corporation System (New York, NY) | Cercone, M.<br>Filed: 07/01/2021<br>Received: 07/01/2021 | **Processed**<br>Confirmation Notice |
| 16 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of Johnson & Johnson | Cercone, M.<br>Filed: 07/02/2021<br>Received: 07/02/2021 | **Processed**<br>Confirmation Notice |
| 17 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of Janssen Pharmaceuticals, Inc. | Cercone, M.<br>Filed: 07/06/2021<br>Received: 07/06/2021 | **Processed**<br>Confirmation Notice |
| 18 | LETTER / CORRESPONDENCE TO JUDGE | Asfendis, P.<br>Filed: 07/07/2021<br>Received: 07/07/2021 | **Processed**<br>Confirmation Notice |
| 19 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affidavit of Service of CT Corporation System (Indianapolis, IN) | Cercone, M.<br>Filed: 07/07/2021<br>Received: 07/07/2021 | **Processed**<br>Confirmation Notice |
| 20 | STIPULATION - TIME TO ANSWER *Corrected* | Brancato, A.<br>Filed: 07/07/2021<br>Received: 07/09/2021 | **Processed**<br>Confirmation Notice |

NYSCEF    E-mail: nyscef@nycourts.gov

| Websites | Account | Resources | Help | Support |
|---|---|---|---|---|
| NYSCEF | Create an Account | Forms | FAQs | Follow UCS - Twitter |
| Unrepresented Litigants | Login | Authorized Courts | Remove Attorney Representation | Request for Public Comment |
| | Search as Guest | Available Documents | Training | Unrepresented Litigants Fact Sheet |
| | | Rules & Legislation | Terms of Use | E-File Report |

https://iapps.courts.state.ny.us/nyscef/DocumentList?docketId=WQ9mTak4KdJPEeAEgmPlXQ==&display=all[7/19/2021 2:21:35 PM]

NYSCEF Updates
User Manual
Filing Requirements
Virtual Evidence Courtroom Resources
Contact Us