# EXHIBIT E

**Non-Exhaustive List of Federal Question Removed Actions Transferred to the
<u>Opiate MDL with Pending Motions to Remand</u>**

**The JPML has transferred scores of cases to the Opiate MDL that defendants removed on federal question grounds and that are now pending before Judge Dan A. Polster.  Below is a non-exhaustive list of such cases.**

1. *Cty. of San Mateo v. McKesson Corp.*, No. 3:18-cv-04535 (N.D. Cal.). [STAYED]

2. *City of Jacksonville v. Purdue Pharma L.P.*, No. 3:18-cv-00751 (M.D. Fla.). [REMAND MOTION DEFERRED]

3. *Cty. of Fannin v. Rite Aid of Georgia, Inc.*, No. 2:18-cv-00220 (N.D. Ga.).

4. *City of Harvey v. Purdue Pharma L.P.*, No. 1:18-cv-05756 (N.D. Ill.).

5. *Intergovernmental Risk Mgmt. Agency v. Purdue Pharma L.P.*, No. 1:18-cv-06959 (N.D. Ill.). [STAYED]

6. *Int'l Union of Operating Eng'rs, Local 150 v. Purdue Pharma L.P.*, No. 1:19-cv-00811 (N.D. Ill.). [STAYED]

7. *Vill. of Melrose Park v. McKesson Corp.*, No. 1:18-cv-05288 (N.D. Ill.). [STAYED]

8. *Belcher v. Purdue Pharma L.P.*, No. 6:18-cv-00246 (E.D. Ky.).

9. *City of Donaldsonville v. Purdue Pharma L.P.*, No. 3:18-cv-01089 (M.D. La.).

10. *City of Paterson v. Purdue Pharma L.P.*, No. 2:17-cv-13433 (D.N.J.).

11. *Borough of Ridgefield v. Purdue Pharma L.P.*, No. 2:18-cv-10842 (D.N.J.).

12. *Monmouth Cty. v. Purdue Pharma L.P.*, No. 3:18-cv-10901 (D.N.J.).

13. *Union Cty. v. Purdue Pharma L.P.*, No. 1:19-cv-05419 (D.N.J.).

14. *Cape May Cty. v. Purdue Pharma L.P.*, No. 1:19-cv-05416 (D.N.J.).

15. *Cty. of Hudson v. Purdue Pharma L.P.*, No. 2:18-cv-09029 (D.N.J.).

16. *Camden Cty. v. Purdue Pharma L.P.*, No. 1:18-cv-11983 (D.N.J.).

17. *City of Bangor v. Purdue Pharma L.P.*, No. 1:18-cv-00298 (D. Me.). [STAYED]

18. *City of Portland v. Purdue Pharma L.P.*, No. 2:18-cv-00282 (D. Me.). [STAYED]

19. *City of Lewiston v. Purdue Pharma L.P.*, No. 2:18-cv-00310 (D. Me.). [STAYED]

20. *N. Miss. Med. Ctr., Inc., v. McKesson Corp.*, No. 1:18-cv-00078 (N.D. Miss.).

21. *Pawnee Cty. v. Purdue Pharma L.P.*, No. 4:18-cv-00459 (N.D. Okla.). [STAYED]

22. *Delaware Cty. v. Purdue Pharma L.P.*, No. 4:18-cv-00460 (N.D. Okla.). [STAYED]

23. *Osage Cty. v. Purdue Pharma L.P.*, No. 4:18-cv-00461 (N.D. Okla.). [STAYED]

24. *Ottawa Cty. v. Purdue Pharma L.P.*, No. 4:18-cv-00466 (N.D. Okla.).

25. *Garvin Cty. v. Purdue Pharma L.P.*, No. 5:18-cv-00820 (W.D. Okla.).

26. *McClain Cty. v. Purdue Pharma L.P.*, No. 5:18-cv-00857 (W.D. Okla.).

27. *Seminole Cty. v. Purdue Pharma L.P.*, No. 6:18-cv-00372 (E.D. Okla.). [STAYED]

28. *City of Broken Arrow v. Purdue Pharma L.P.*, No. 4:19-cv-00047 (N.D. Okla.).

29. *City of Ada v. Purdue Pharma L.P.*, No. 6:19-cv-00034 (E.D. Okla.). [STAYED]

30. *City of Oklahoma City v. Purdue Pharma L.P.*, No. 5:19-cv-00076 (W.D. Okla.).

31. *City of Lawton v. Purdue Pharma L.P.*, No. 5:19-cv-00078 (W.D. Okla.).

32. *City of Edmond v. Purdue Pharma L.P.*, No. 5:19-cv-00149 (W.D. Okla.).

33. *City of Guthrie v. Purdue Pharma L.P.*, No. 5:19-cv-00158 (W.D. Okla.).

34. *City of Ponca City v. Purdue Pharma L.P.*, No. 5:19-cv-00160 (W.D. Okla.).

35. *City of Alexandria v. Purdue Pharma L.P.*, No. 1:18-cv-01536 (E.D. Va.). [STAYED]

36. *Page Cty. v. Purdue Pharma L.P.*, No. 5:18-cv-00147 (W.D. Va.). [STAYED]

37. *Henry Cty. v. Purdue Pharma L.P.*, No. 4:18-cv-00071 (W.D. Va.). [STAYED]

38. *City of Galax v. Purdue Pharma L.P.,* No. 7:18-cv-00617 (W.D. Va.). [STAYED]

39. *Giles Cty. v. Purdue Pharma L.P.,* No. 7:18-cv-00618 (W.D. Va.). [STAYED]

40. *Montgomery Cty. v. Purdue Pharma L.P.,* No. 7:18-cv-00619 (W.D. Va.). [STAYED]

41. *Dickenson Cty. v. Purdue Pharma L.P.,* No. 2:18-cv-00048 (W.D. Va.). [STAYED]

42. *Washington Cty. v. Purdue Pharma L.P,* No. 1:18-cv-00046 (W.D. Va.). [STAYED]

43. *Pittsylvania Cty. v. Purdue Pharma L.P,* No. 4:18-cv-00070 (W.D. Va.). [STAYED]

44. *Lee Cty. v. Purdue Pharma L.P,* No. 2:18-cv-00049 (W.D. Va.). [STAYED]

45. *City of Norton v. Purdue Pharma L.P,* No. 2:18-cv-00050 (W.D. Va.). [STAYED]

46. *Buchanan Cty. v. Purdue Pharma L.P.,* No. 1:18-cv-00047 (W.D. Va.). [STAYED]

47. *Snohomish Cty. v. Purdue Pharma L.P.*, No. 2:19-cv-00368 (W.D. Wash.).

48. *Ne. Carpenters Funds v. Purdue Pharma L.P.,* No. 2:18-cv-09973 (D.N.J.).

49. *City of Newark v. Purdue Pharma L.P.*, No. 2:18-cv-10310 (D.N.J.).

50. *Roanoke Cty. v. Purdue Pharma L.P.*, No. 7:19-cv-00271 (W.D. Va.). [STAYED]

51. *City of Roanoke v. Purdue Pharma L.P.,* No. 7:19-cv-00272 (W.D. Va.). [STAYED]

52. *City of Bristol v. Purdue Pharma L.P.,* No. 1:19-cv-00011 (W.D. Va.). [STAYED]

53. *City of Salem v. Purdue Pharma L.P.,* No. 7:19-cv-00273 (W.D. Va.). [STAYED]

54. *Alleghany Cty. v. Purdue Pharma L.P.,* No. 7:19-cv-00275 (W.D. Va.). [STAYED]

55. *Fauquier Cty. v. Purdue Pharma L.P.,* No. 1:19-cv-00364 (E.D. Va.). [STAYED]

56. *Prince William Cty. v. Purdue Pharma L.P.,* No. 1:19-cv-00365 (E.D. Va.). [STAYED]

57. *Northumberland Cty. v. Purdue Pharma L.P.*, No. 3:19-cv-00246 (E.D. Va.). [STAYED]

58. *City of Chesapeake v. Purdue Pharma L.P.,* No. 2:19-cv-00183 (E.D. Va.). [STAYED]

59. *Accomack Cty. v. Purdue Pharma L.P.,* No. 2:19-cv-00184 (E.D. Va.). [STAYED]

60. *City of Lexington v. Purdue Pharma L.P.,* No. 6:19-cv-00021 (W.D. Va.). [STAYED]

61. *Franklin Cty. v. Purdue Pharma L.P.,* No. 7:19-cv-00302 (W.D. Va.). [STAYED]

62. *Rockbridge Cty. v. Purdue Pharma L.P.,* No. 6:19-cv-00025 (W.D. Va.). [STAYED]

63. *Halifax Cty. v. Purdue Pharma L.P.,* No. 4:19-cv-00021 (W.D. Va.). [STAYED]

64. *Fairfax Cty. v. Purdue Pharma L.P.,* No. 1:19-cv-00544 (E.D. Va.). [STAYED]

65. *Louisa Cty. v. Purdue Pharma L.P.,* No. 3:19-cv-00027 (W.D. Va.). [STAYED]

66. *Madison Cty. v. Purdue Pharma L.P.,* No. 3:19-cv-00028 (W.D. Va.). [STAYED]

67. *City of Covington v. Purdue Pharma L.P.,* No. 7:19-cv-00372 (W.D. Va.). [STAYED]

68. *Floyd Cty. v. Purdue Pharma L.P.,* No. 7:19-cv-00371 (W.D. Va.). [STAYED]

69. *Wampanoag Tribe of Gay Head (Aquinnah) v. Mallinckrodt Brand Pharm., Inc.*, No. 4:19-cv-01654 (E.D. Mo.). [STAYED]

70. *St. Francois Cty. v. Dannie E. Williams, M.D.*, No. 4:19-cv-01722 (E.D. Mo.). [STAYED]

71. *The Cherokee Nation v. Mallinckrodt PLC*, No. 4:19-cv-01911 (E.D. Mo.). [STAYED]

72. *Loudoun Cty. v. Purdue Pharma, L.P.*, No. 1:19-cv-00778 (E.D. Va.). [STAYED]

73. *City of Fredericksburg v. Purdue Pharma, L.P.*, No. 3:19-cv-00457 (E.D. Va.). [STAYED]

74. *Prince George Cty. v. Purdue Pharma, L.P.*, No. 3:19-cv-00458 (E.D. Va.). [STAYED]

75. *Greensville Cty. v. Purdue Pharma L.P.,* No. 3:19-cv-00459 (E.D. Va.) [STAYED]

76. *City of Emporia, v. Purdue Pharma L.P.*, No. 3:19-cv-00513 (E.D. Va.). [STAYED]

77. *Charlotte Cty. v. Purdue Pharma L.P.*, No. 4:19-cv-00029 (W.D. Va.). [STAYED]

78. *Culpeper Cty. v. Purdue Pharma L.P.*, No. 3:19-cv-00037 (W.D. Va.). [STAYED]

79. *Ellis Cty. v. Walgreens Boots Alliance, Inc.*, No. 4:19-cv-02256 (S.D. Tex.). [STAYED]

80. *Rockwall Cty. v. Purdue Pharma L.P.*, No. 4:19-cv-02181 (S.D. Tex.). [ADMINISTRATIVELY CLOSED]

81. *Cty. of Burlington v. Purdue Pharma L.P.*, No. 1:19-cv-13684 (D.N.J.).

82. *Cty. of Jim Wells v. CVS Pharmacy, Inc.*, No. 4:19-cv-03580 (S.D. Tex.). [STAYED]

83. *City of Jenks v. Purdue Pharma L.P.*, No. 4:19-cv-00380 (N.D. Okla.). [STAYED]

84. *Patrick Cty. v. Purdue Pharma L.P.*, 4:19-cv-00032 (W.D. Va.). [STAYED]

85. *Shenandoah Cty. v. Purdue Pharma L.P.*, 5:19-cv-00056 (W.D. Va.). [STAYED]

86. *City of Radford v. Purdue Pharma LP.*, 7:19-cv-00525 (W.D. Va.). [STAYED]

87. *City of Waynseboro v. Purdue Pharma L.P.*, 5:19-cv-00058 (W.D. Va.). [STAYED]

88. *Cumberland Cty. v. Purdue Pharma L.P.*, 6:19-cv-00054 (W.D. Va.). [STAYED]

89. *Howard Cty. v. Teva Pharma. USA, Inc.*, No. 1:19-cv-02116 (D. Md.). [Motion to Remand DENIED]

90. *Clark Cty. v. Purdue Pharma, L.P.*, No. 2:19-cv-01616 (D. Nev.).

91. *Cty. of Ocean v. Purdue Pharma L.P.*, No. 3:19-cv-17138 (D. N.J.).

92. *City of Trenton v. Purdue Pharma L.P.*, 3:19-cv-17155 (D. N.J.).

93. *Takoma Reg'l Hosp., Inc. v. Purdue Pharma L.P.*, No. 2:19-cv-157 (E.D. Tenn.). [STAYED]

94. *Cty. of Jim Hogg v. Purdue Pharma L.P.*, No. 4:19-cv-2816 (S.D. Tex.). [STAYED]

95. *Cty. of Williamson v. Walgreens Boots Alliance*, No. 4:19-cv-3299 (S.D. Tex.). [STAYED]

96. *Atoka Cty. Bd. of Comm'rs v. Purdue Pharma L.P.*, No. 6:19-cv-00279 (E.D. Okla.).

97. *Haskell Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 6:19-cv-00280 (E.D. Okla.).

98. *Latimer Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 6:19-cv-00282 (E.D. Okla.).

99. *Bd. of Cty. Comm'rs of Grady Cty. v. Purdue Pharma L.P.*, No. 5:19-cv-00703 (W.D. Okla.).

100. *Bd. of Cty. Comm'rs of Caddo Cty. v. Purdue Pharma L.P.*, No. 5:19-cv-00710 (W.D. Okla.).

101. *City of Shawnee v. Purdue Pharma L.P.*, No. 5:19-cv-00711 (W.D. Okla.).

102. *Bd. of Cty. Comm'rs of Jefferson Cty. v. Purdue Pharma L.P.*, No. 5:19-cv-00721 (W.D. Okla.).

103. *Cimarron Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 5:19-cv-00776 (W.D. Okla.).

104. *City of Bethany v. Purdue Pharma L.P.*, No. 5:19-cv-00804 (W.D. Okla.).

105. *City of Anadarko v. Purdue Pharma L.P.*, No. 5:19-cv-00815 (W.D. Okla.).

106. *City of Fort Cobb v. Purdue Pharma L.P.*, No. 5:19-cv-00816 (W.D. Okla.).

107. *Cty. of Alameda v. Richard S. Sackler*, No. 8:19-cv-02154 (C.D. Cal.). [STAYED]

108. *City of Henderson v. Purdue Pharma L.P.*, No. 3:19-cv-67 (E.D. Ky.). [STAYED]

109. *Hardin Cty. Fiscal Ct. v. Purdue Pharma L.P.*, No. 3:19-cv-68 (E.D. Ky.). [STAYED]

110. *Bowling Green-Warrant Cty. Cmty. Hosp. Corp. v. Purdue Pharma L.P.*, No. 1:19-cv-148 (W.D. Ky.).

111. *Cty. Comm'r of Carroll Cty. v. Allergan PLC*, No. 1:19-cv-03254 (D. Md.).

112. *Camden Cty. v. Williams*, No. 4:19-cv-02930 (E.D. Mo.). [STAYED]

113. *Lincoln Cty. v. Sackler*, No. 4:19-cv-02953 (E.D. Mo.).

114. *Cty of Fayette v. Purdue Pharma L.P.*, No. 2:19-cv-04347 (S.D. Ohio).

115. *Le Flore Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 6:19-cv-00362 (E.D. Okla.).

116. *Bd. of Cty. Comm'rs of Okla. Cty. v. McKesson Corp.*, No. 5:19-cv-00921 (W.D. Okla.).

117. *Bd. of Cty. Comm'rs of Logan Cty. v. Purdue Pharma L.P.*, No. 5:19-cv-00984 (W.D. Okla.).

118. *Bd. of Cty. Comm'rs of Tex. Cty. v. Purdue Pharma L.P.*, No. 5:19-cv-00987 (W.D. Okla.).

119. *Adams Cty. v. Purdue Pharma L.P.*, No. 2:19-cv-04438 (E.D. Pa.).

120. *Cty. of Angelina v. Allergan PLC*, No. 4:19-cv-03590 (S.D. Tex.). [STAYED]

121. *Cty. of Burleson v. Purdue Pharma L.P.*, No. 4:19-cv-03845 (S.D. Tex.).

122. *Amherst Cty. v. Mallinckrodt PLC*, No. 6:19-cv-00077 (W.D. Va.). [STAYED]

123. *Botetourt Cty. v. Mallinckrodt PLC*, No. 7:19-cv-00759 (W.D. Va.). [STAYED]

124. *City of Fullerton v. Cephalon, Inc.*, No. 8:19-cv-02235 (C.D. Cal.). [STAYED]

125. *Clinton Cty. v. Allergan PLC*, No. 4:19-cv-03169 (E.D. Mo.).

126. *Pike Cty. v. Allergan PLC*, No. 4:19-cv-03170 (E.D. Mo.). [STAYED]

127. *Ray Cty. v. Allergan PLC*, No. 4:19-cv-03300 (E.D. Mo.).

128. *Vernon Cty. v. Allergan PLC*, No. 4:19-cv-03302 (E.D. Mo.).

129. *Lawrence Cty. v. Allergan PLC*, No. 4:20-cv-00076 (E.D. Mo.).

130. *Henry Cty. v. Allergan PLC*, No. 4:20-cv-00077 (E.D. Mo.).

131. *Singing River Health Sys. v. Grace*, No. 1:19-cv-00937 (S.D. Miss.). [STAYED]

132. *Jackson Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 5:19-cv-01108 (W.D. Okla.).

133. *Lincoln Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 5:19-cv-01109 (W.D. Okla.).

134. *Woodward Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 5:19-cv-01110 (W.D. Okla.).

135. *Bd. of Cty. Comm'rs of Noble Cty. v. Purdue Pharma L.P.*, No. 5:19-cv-01127 (W.D. Okla.).

136. *Dallas Cty. Hosp. Dist. – Parkland Memorial Hosp. v. Amneal Pharm., Inc.*, No. 4:19-cv-04834 (S.D. Tex.). [STAYED]

137. *Isle of Wight Cty. v. Mallinckrodt, PLC*, No. 2:20-cv-00042 (E.D. Va.).

138. *Northampton Cty. v. Mallinckrodt, PLC*, No. 2:20-cv-00043 (E.D. Va.).

139. *King & Queen Cty. v. Mallinckrodt, PLC*, No. 3:20-cv-00037 (E.D. Va.). [STAYED]

140. *City of Buena Vista v. Mallinckrodt PLC*, No. 6:20-cv-00005 (W.D. Va.).

141. *City of Daphne v. Amneal Pharm., LLC*, No. 1:20-cv-00258 (S.D. Ala.).

142. *City of Orlando v. CVS Health Corp.*, No. 6:20-cv-00736 (M.D. Fla.). [STAYED]

143. *McDonald Cty. v. Allergan PLC*, No. 4:20-cv-00620 (E.D. Mo.). [STAYED]

144. *Frederick Cty. v. Mallinckrodt PLC*, No. 5:20-cv-00030 (W.D. Va.). [STAYED]

145. *City of Dublin v. Cephalon, Inc.*, No. 8:20-cv-01202 (C.D. Cal.). [STAYED]

146. *Marion Hosp. Corp. v. Abbott Laboratories*, No. 1:20-cv-04111 (N.D. Ill.). [STAYED]

147. *City of Fultondale v. Amneal Pharm., LLC*, No. 2:20-cv-00848 (N.D. Ala.).

148. *Town of Poughkeepsie v. Teva Pharma. USA, Inc.*, No. 2:20-cv-02431 (E.D.N.Y.).

149. *Greer Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 5:20-cv-00456 (W.D. Okla.).

150. *Hughes Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 6:20-cv-00160 (E.D. Okla.).

151. *McCurtain Cty. Bd. of Cty. Comm'rs v. Purdue Pharma L.P.*, No. 6:20-cv-00200 (E.D. Okla.).

152. *Paintsville Hosp. Co., LLC v. Amneal Pharm., LLC*, No. 7:20-cv-00102 (E.D. Ky.). [STAYED]

153. *City of Sacramento v. Teva Pharma. Indus., Ltd.*, No. 2:20-cv-01824 (E.D. Cal.).

154. *Lower Makefield Twp. v. Purdue Pharma L.P.*, No. 2:20-cv-03695 (E.D. Pa.).

155. *Harmon Cty. Bd. of Cty. Comm'rs v. Cephalon, Inc.*, No. 5:20-cv-00850 (W.D. Okla.).

156. *Hickory Cty. v. Allergan PLC*, No. 4:20-cv-01121 (E.D. Mo.).

157. *New Madrid Cty. v. Allergan PLC*, No. 4:20-cv-01125 (E.D. Mo.). [STAYED]

158. *Adair Cty. v. Allergan PLC*, No. 4:20-cv-01136 (E.D. Mo.). [STAYED]

159. *Andrew Cty. v. Allergan PLC*, No. 4:20-cv-01150 (E.D. Mo.). [STAYED]

160. *Dekalb Cty. v. Allergan PLC*, No. 4:20-cv-01191 (E.D. Mo.). [STAYED]

161. *Grundy Cty. v. Allergan PLC*, No. 4:20-cv-01195 (E.D. Mo.).

162. *Ralls Cty. v. Allergan PLC*, No. 4:20-cv-01252 (E.D. Mo.).

163. *Village of Addison v. Cephalon, Inc.*, No. 1:20-cv-05534 (N.D. Ill.)

164. *Barry Cty. v. Allergan PLC*, No. 4:20-cv-01452 (E.D. Mo.)

165. *City of Tulsa v. Cephalon, Inc.*, No. 4:20-cv-00493 (N.D. Okla.)

166. *City of Elk City v. Cephalon, Inc.*, No. 5:20-cv-00998 (W.D. Okla.)

167. *Laborers' District Council Building and Construction Health and Welfare Fund v. Purdue Pharma L.P.*, No. 2:20-cv-04804 (E.D. Pa.)

168. *Sheet Metal Workers Local 19 Health Fund v. Purdue Pharma L.P.*, No. 2:20-cv-04805 (E.D. Pa.)

169. *District Attorney of Clearfield Cty. v. Purdue Pharma L.P.*, No. 2:20-cv-05171 (E.D. Pa.)

170. *Asbestos Workers Local Union No. 2 Welfare Fund v. Allergan, PLC f/k/a Actavis PLC*, No. 2:20-cv-05191 (E.D. Pa.)

171. *St. Clair Cty. v. Allergan PLC*, No. *4:20-cv-01641* (E.D. Mo.)

172. *City of Altus v. Cephalon, Inc.*, No. 5:20-cv-01180 (W.D. Okla.)

173. *City of Stillwater v. Cephalon, Inc.*, No. 5:20-cv-01269 (W.D. Okla.)