**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

---

ERIE COUNTY MEDICAL CENTER
CORPORATION, *et al.*,

    *Plaintiffs*,

    v.

TEVA PHARMACEUTICALS USA,
INC., *et al.*,

    *Defendants*.

Case No.: 1:21-cv-00826-WMS

---

## NOTICE OF MOTION AND MOTION FOR TEMPORARY STAY OF PROCEEDINGS PENDING ANTICIPATED TRANSFER TO MULTIDISTRICT LITIGATION

Walmart Inc. and Wal-Mart Stores East, LP (collectively, "Walmart"), by its undersigned attorneys, will move at a date and time to be established by the Court, for an Order temporarily staying all proceedings before this Court pending the Judicial Panel on Multidistrict Litigation's final decision regarding whether to transfer this case to the Multidistrict Litigation pending before the Honorable Dan A. Polster of the United States District Court for the Northern District of Ohio.

In support of the motion, Walmart relies on the accompanying Memorandum of Law in support of Motion for Temporary Stay of Proceedings Pending Anticipated Transfer to Multidistrict Litigation, the declaration of James W. Carlson, the exhibits attached thereto, and all the pleadings and proceedings in this action.

Please take further notice that Walmart intends to file and serve reply papers.

DATED:  August 4, 2021                          Respectfully submitted,

/s/ James W. Carlson
James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: jamescarlson@jonesday.com

Christopher Lovrien*
Erin Burke*
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: cjlovrien@jonesday.com
Email: eburke@jonesday.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for Walmart Inc. and Wal-Mart Stores East, LP*